Stacy Scheff
LAW OFFICE OF STACY SCHEFF
P.O. Box 40611, Tucson, AZ 85717-0611
(520) 471-8333 • FAX (520) 300-8033
stacy.scheff@gmail.com
State Bar No. 028364
*Counsel for Plaintiff*

DISTRICT COURT FOR THE UNITED STATES

DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere, | Case No.: 4:22-cv-00561-JCH-PSOT |
| Plaintiff, | |
| v. | **AFFIDAVIT OF SERVICE** |
| Merrick Garland, US Attorney General; Collette S. Peters, Director, Federal Bureau of Prisons; Warden USP Tucson, Anthony Gallion, (all in their official capacities), | |
| Defendants | |

I, Joseph Alvarez, declare under penalty of perjury that the following is true and correct:

Pursuant to F.R.Civ.P. 4(i)(1)(A)(ii), on 12/20/2022, I served the Complaint, Motion for Preliminary Injunction, Notice of a Lawsuit and Request to Waive Service of a Summons, 2 copies of the Waiver of the Service of Summons in the matter of Case Number: 4:22-cv-00561-JCH-PSOT, with a self-addressed stamped envelope, upon Mark Gutierrez, the Warden of USP Tucson, in their official capacity, at Civil Process Clerk Two Renaissance Square 40 N. Central Avenue, Suite 1800 Phoenix, AZ 85004-4449, by certified mail - USPS tracking number: 70212720000172441208, USPS.com shows this package was delivered December 22, 2022.

1

Pursuant to F.R.Civ.P. 4(i)(1)(A)(ii), on 12/20/2022, I served the Complaint, Motion for Preliminary Injunction, Notice of a Lawsuit and Request to Waive Service of a Summons, 2 copies of the Waiver of the Service of Summons in the matter of Case Number: 4:22-cv-00561-JCH-PSOT, with a self-addressed stamped envelope, upon Colette Peters, the Director of the Bureau of Prisons, in their official capacity, at Civil Process Clerk Two Renaissance Square 40 N. Central Avenue, Suite 1800 Phoenix, AZ 85004-4449, by certified mail - USPS tracking number: 70212720000172441239, USPS.com shows this package was delivered December 22, 2022.

Pursuant to F.R.Civ.P. 4(i)(1)(A)(ii), on 12/20/2022, I served the Complaint, Motion for Preliminary Injunction, Notice a Lawsuit and Request to Waive Service of a Summons, 2 copies of the Waiver of the Service of Summons in the matter of Case Number: 4:22-cv-00561-JCH-PSOT, with a self-addressed stamped envelope, upon Officer Anthony Gallion, in their official capacity, at Civil Process Clerk Two Renaissance Square 40 N. Central Avenue, Suite 1800 Phoenix, AZ 85004-4449, by certified mail - USPS tracking number: 70212720000172441215, USPS.com shows this package was delivered December 22, 2022.

Pursuant to F.R.Civ.P. 4(i)(1)(A)(ii), on 12/20/2022, I served the Complaint, Motion for Preliminary Injunction, a Notice of a Lawsuit and Request to Waive Service of a Summons for each Defendant, a Waiver of the Service of Summons for each Defendant named in the matter of Case Number: 4:22-cv-00561-JCH-PSOT, with a self-addressed stamped envelope, upon the US Attorney's Office for Arizona, at Civil Process

Clerk Two Renaissance Square 40 N. Central Avenue, Suite 1800 Phoenix, AZ 85004-4449, by certified mail - USPS tracking number: 70212720000172441192, USPS.com shows this package was delivered December 22, 2022.

Pursuant to F.R.Civ.P. 4(i)(1)(B), on 12/20/2022, I served the Complaint, Motion for Preliminary Injunction, a Notice of a Lawsuit and Request to Waive Service of a Summons for each Defendant, a Waiver of the Service of Summons for each Defendant named, and a second copy of the Wavier of the Service of Summons for Merrick Garland; in the matter of Case Number: 4:22-cv-00561-JCH-PSOT, with a self-addressed stamped envelope, upon the Honorable Merrick Garland, the Attorney General of the United States of America, at 950 Pennsylvania Avenue NW, Washington, DC 20530, by certified mail - USPS tracking number: 70212720000172441222, USPS.com shows this package was delivered December 27, 2022.

I verified delivery of each certified mail package through the U. S. Postal Service website: USPS.com.

I declare that this service was done in accordance with the applicable laws and regulations.

DATED this 4th day of January, 2023 by

JOSEPH ALVAREZ
Office Manager
Law Office of Stacy Scheff

3