Stacy Scheff
LAW OFFICE OF STACY SCHEFF
P.O. Box 40611, Tucson, AZ 85717-0611
(520) 471-8333 • FAX (520) 300-8033
stacy.scheff@gmail.com
State Bar No. 028364
*Counsel for Plaintiff*

## DISTRICT COURT FOR THE UNITED STATES
## DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere, | Case No.: 4:22-cv-00561-JCH-PSOT |
| Plaintiff, | |
| v. | **AFFIDAVIT OF SERVICE** |
| Merrick Garland, US Attorney General; Collette S. Peters, Director, Federal Bureau of Prisons; Warden USP Tucson, Anthony Gallion, (all in their official capacities), | |
| Defendants | |

I, Joseph Alvarez, declare under penalty of perjury that the following is true and correct:

Pursuant to F.R.Civ.P. 4(i)(2), on 12/20/2022, I served the Complaint, Motion for Preliminary Injunction, Screening Order, and Summons in the matter of Case Number: 4:22-cv-00561-JCH-PSOT, upon Mark Gutierrez, the Warden of USP Tucson, at Mark Gutierrez Office of the Warden USP Tucson 9300 S Wilmot Rd Tucson, AZ 85756, by certified mail - USPS tracking number: 70212720000172446869, USPS.com shows this package was delivered January 12, 2023.

Pursuant to F.R.Civ.P. 4(i)(2), on 12/20/2022, I served the Complaint, Motion for Preliminary Injunction, Screening Order, and Summons in the matter of Case Number:

1

4:22-cv-00561-JCH-PSOT, upon Colette Peters, the Director of the Bureau of Prisons, at Colette S. Peters US Department of Justice Office of the Director Bureau of Prisons 320 First Street NW Washington, DC 20534, by certified mail - USPS tracking number: 70212720000172446845, USPS.com shows this package was delivered January 23, 2023.

Pursuant to F.R.Civ.P. 4(i)(2), on 12/20/2022, I served the Complaint, Motion for Preliminary Injunction, Screening Order, and Summons in the matter of Case Number: 4:22-cv-00561-JCH-PSOT, upon Merrick Garland, at The Honorable Merrick Garland Attorney General of the United States of America US Department of Justice 950 Pennsylvania Avenue, NW Washington, DC 20530-0001, by certified mail - USPS tracking number: 70212720000172446852, USPS.com shows this package was delivered January 24, 2023.

I verified delivery of each certified mail package through the U. S. Postal Service website: USPS.com.

I declare that this service was done in accordance with the applicable laws and regulations.

DATED this 25th day of January, 2023 by

JOSEPH ALVAREZ
Office Manager
Law Office of Stacy Scheff