Civil Action No. 4:22-cv-00561-RCC

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Officer Anthony Gallion

was received by me on *(date)* (TIMES) 1/10/2023

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Officer Jake Bush, Legal Asst., who is U.S. Bureau of Prisons designated by law to accept service of process on behalf of ~~(name of organization)~~ Officer Anthony Gallion at USBP Federal Medical Center Rochester, MN on *(date)* 1/12/2023 At 1:57 pm; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ 5.00 for travel and $ 70.00 for services, for a total of $ 75.00.

I declare under penalty of perjury that this information is true.

Date: 1/13/2023

*Timothy Braatz*   MN PI License #698
Server's signature

Timothy Braatz, Atlas Investigations
Printed name and title

3936 Hwy. 52 N. #118
Rochester, MN 55901
Server's address

Additional information regarding attempted service, etc: 507-281-1377

Print   Save As...   Reset