GARY M. RESTAINO
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
State Bar No. 12700
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Email: denise.faulk@usdoj.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Merrick Garland, et al.,<br><br>　　　　　Defendants. | CV-22-00561-TUC-RCC<br><br>**MOTION TO<br>EXCEED PAGE LIMIT** |

　　　Defendants Garland, Peters, Gutierrez and Ulrich, acting in their official capacities by and through undersigned counsel, hereby move to exceed the seventeen-page limit for their Response to Plaintiff's Motion for Preliminary Injunction.

　　　The Motion for Preliminary Injunction (Doc. 3) incorporates the 37-page Complaint (Doc. 1), so it essentially is a 50-page pleading which seeks four unrelated injunctions. Defendants are unable to address the complex factual issues raised in the motion within the seventeen-page limit set forth in Local Rule 7.2(e).

　　　Accordingly, Defendants respectfully request that this Court allow them to exceed the page limit in their Response to Plaintiff's Motion for Preliminary Injunction.  A proposed order is submitted herewith.

/ / /

/ / /

/ / /

RESPECTFULLY SUBMITTED: February 7, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Denise Ann Faulk*
DENISE ANN FAULK
Assistant U.S. Attorney

Copy of the foregoing served via EM/ECF to

Stacy Scheff
LAW OFFICE OF STACY SCHEFF
P.O. Box 40611
Tucson, AZ 85717

*s/ Pamela Vavra*
/ Motion to Exceed Page Limit