IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere,<br><br>    Plaintiff,<br><br>  vs.<br><br>Merrick Garland, et al.,<br><br>    Defendants. | CV-22-00561-TUC-RCC<br><br>**ORDER** |

The Court having reviewed Defendants' Motion to Exceed Page Limit for their Response to Plaintiff's Motion for Preliminary Injunction (Doc. 3), and good cause appearing,

IT IS ORDERED that the Motion to Exceed Page Limit (Doc. 13) is granted.

IT IS FURTHER ORDERED that the Clerk of Court shall file into the Court's record the lodged Response to Plaintiff's Motion for Preliminary Injunction.