*Keith Raniere v. Merrick Garland, et al.*
CV-22-00561-TUC-RCC

**Exhibit List**

| | | |
|---|---|---|
| Exhibit A | Flores Declaration | |
| | Att. 1 | SENTRY Public Information |
| | Att. 2 | Judgment and Commitment Order |
| | Att. 3 | Daugherty E-Mail Redacted |
| | Att. 4 | Legal Call Log (Redacted) |
| | Att. 5 | Legal Visit Entrance Memos (Redacted) |
| | Att. 6 | TCP A&O Handbook Excerpt |
| | Att. 7 | TCX 1330.18B |
| | Att. 8 | Raniere A&O and Intake Forms (Redated) |
| | Att. 9 | Raniere SENTRY Admin Remedy Index |
| Exhibit B | *Raniere v. Garland*, No. 22-CV-00212-RCC, Dkt. 14-2, Flores Declaration | |
| Exhibit C | *Raniere v. Garland*, No. 22-CV-00212-RCC, Dkt. 31-2, Mitchell Declaration | |
| Exhibit D | *Raniere v. Garland*, No. 22-CV-00212-RCC, Dkt. 14-4, Exhibit D to Sentencing Memorandum | |
| Exhibit E | *Raniere v. Garland*, No. 22-CV-00212-RCC, Dkt. 14-3, Sentencing Memorandum | |
| Exhibit F | *Raniere v. Garland*, No. *22*-CV-00212-RCC, Dkt. 14-5, Gallion Declaration | |
| Exhibit G | *Raniere v. Garland*, No. 22-CV-00212-RCC, Dkt. 14-7, Letter dated October 30, 2021, from S. Chakravorty to the Court, *Edmonson v. Raniere*, Case 1:20-cv-00485-EK-CLP (E.D. N.Y.), | |
| Exhibit H | *Raniere v. Garland*, No. 22-CV-00212-RCC, Dkt. 14-6, Letter dated November 28, 2021, from S. Chakravorty to the Court, *Edmonson v. Raniere*, Case 1:20-cv-00485-EK-CLP (E.D. N.Y.), | |
| Exhibit I | *Raniere v. Garland*, No. 22-CV-00212-RCC, Dkt. 18, Order entered June 18, 2022 | |

| | |
|---|---|
| Exhibit J | *Raniere v. Garland*, No. 22-CV-00212-RCC, Dkt. 45, Order entered November 4, 2022 |
| Exhibit K | *Raniere v. Garland*, No. 22-CV-00212-RCC, Dkt. 17-1, Second Declaration of Daniel Flores |
| Exhibit L | *Raniere v. Garland*, No. 22-CV-00212-RCC, Dkt. 14-9, Watson Declaration |
| Exhibit M | *Raniere v. Garland*, No. 22-CV-00212-RCC, Dkt. 39-1, Ulrich Declaration |
| | Att. 1, SENTRY Inmate History – Quarters |
| | Att. 2, Incident Report No. 3655238, p. 1 |
| | Att. 3, Expunged Incident Report No. 3655238 |
| | Att. 4, Administrative Detention Order |
| | Att. 5, SRO Reviews |