1
2
3
4
5
6
7
8

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

9  Keith Raniere,

10                    Plaintiff,                              CV-22-00561-TUC-RCC

11         vs.                                                **ORDER**

12  Merrick Garland, et al.,

13                    Defendants.

14

15         The Court having reviewed Defendants' Motion to Exceed Page Limit for their

16  Response to Plaintiff's Motion for Preliminary Injunction (Doc. 3), and good cause

17  appearing,

18         IT IS ORDERED that the Motion to Exceed Page Limit (Doc. 13) is GRANTED.

19         IT IS FURTHER ORDERED that the Clerk of Court shall file into the Court's

20  record the lodged Response to Plaintiff's Motion for Preliminary Injunction.

21         Dated this 8th day of February, 2023.

22
23
24
25                                        Honorable Raner C. Collins
26                                        Senior United States District Judge
27
28