Stacy Scheff
LAW OFFICE OF STACY SCHEFF
P.O. Box 40611, Tucson, AZ 85717-0611
(520) 471-8333 • FAX (520) 300-8033
Stacy@ScheffLaw.com
State Bar No. 028364
*Counsel for Plaintiff*

**DISTRICT COURT FOR THE UNITED STATES**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Keith Raniere,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Merrick Garland, US Attorney General; Colette S. Peters, Director Federal Bureau of Prisons; Michael Gutierrez, Warden USP Tucson, Anthony Gallion (all in their official capacities),<br><br>　　　　Defendants | Case No.: 4:22-cv-00561-RCC<br><br>**MOTION FOR EXTENSION OF TIME TO REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION** |

　　　　Plaintiff, via counsel, requests an extension of time of one week to reply to Defendants' Opposition to Plaintiff's Motion for Preliminary Injunction at Doc. 14. The reason for the extension is that undersigned needs to visit with Plaintiff prior to filing the reply. Currently, USP Tucson cannot accommodate visitors due to a chemical spill in the vicinity of the prison.

　　　　Undersigned reached out to opposing counsel Denise Faulk to request her position on this request. Ms. Faulk does not object. Therefore, Plaintiff requests an extension to reply in support of his Motion for preliminary injunction until Friday, February 24, 2023.

　　　　DATED this 15th day of February, 2023 by

　　　　　　　　　　/s/Stacy Scheff
　　　　　　　　　　STACY SCHEFF
　　　　　　　　　　Attorney for Plaintiff

Delivered via ECF
to all registered parties