# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere, | No. CV-22-00561-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Merrick Garland, et al., | |
| Defendants. | |

Good cause appearing, IT IS ORDERED GRANTING Plaintiff's Motion for Extension of Time to Reply in Support of Motion for Preliminary Injunction. (Doc. 16.) Plaintiff shall have until on or before February 24, 2023 to file his reply.

Dated this 17th day of February, 2023.

_____
Honorable Raner C. Collins
Senior United States District Judge