# Exhibit A

**USPS Tracking**®  |  Tracking  /  FAQs >

Track Packages Anytime, Anywhere
Get the free Informed Delivery® feature to receive automated notifications on your packages
Learn More

**Tracking Number:**

**70212720000172446869**

Copy   Add to Informed Delivery

Remove ✕

**Latest Update**

Your item has been delivered and is available at a PO Box at 10:08 am on January 12, 2023 in TUCSON, AZ 85756.

Get More Out of USPS Tracking:
   USPS Tracking Plus®

✓ **Delivered**
Delivered, PO Box

TUCSON, AZ 85756
January 12, 2023, 10:08 am

See All Tracking History

Text & Email Updates  ⌄

USPS Tracking Plus®  ⌄

Product Information  ⌄

See Less ⌃

# Exhibit B

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere,<br><br>           Plaintiff,<br><br>     vs.<br><br>Merrick Garland, US Attorney General, et al.,<br><br>           Defendants. | No. 22-cv-00561-RCC-PSOT<br><br>**DECLARATION OF LORRI MITCHELL** |

I, Lorri Mitchell, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records reasonably relied upon by me in the course of my employment, hereby make the following declaration relating to the above-titled matter.

1. I am employed by the United States Department of Justice, Federal Bureau of Prisons (Bureau) as a Legal Assistant at the Federal Correctional Complex in Tucson, Arizona (FCC Tucson). I have been employed by the Bureau, in positions of increasing responsibility since April 2012. I have been employed in my current position since February 2013.

2. As part of my official duties, I have access to records maintained by the Bureau in the ordinary course of business, including administrative remedy requests of federal inmates, information maintained in the SENTRY[1] database, and inmate central files. All records attached to this declaration are true and accurate copies of Bureau records maintained in the ordinary course of business.

3. The following statements are based on my review of official Bureau files and records, my own personal knowledge, or on information acquired by me through the

---

[1] SENTRY is the Bureau's national database which tracks various data regarding an inmate's confinement, including, but not limited to, an inmate's institutional history, sentencing information, participation in programs, administrative remedies, and discipline history.

performance of my official duties.

4. In this case, on January 17, 2023, Warden Gutierrez received the Summons, Complaint (Doc. 1), Motion for Preliminary Injunction (Doc. 3), and Screening Order (Doc. 6) from FCC Tucson mailroom staff.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on this 6th day of February 2023, in Tucson, Arizona.

Lorri Mitchell
Legal Assistant
FCC Tucson, Arizona
Federal Bureau of Prisons