# EXHIBIT 1

**Declaration of Suneel Chakravorty**

1. The Defendants in their response, *Raniere v. Garland,* 22-cv-561, Doc. 14, allege my conduct with Mr. Raniere, while he was incarcerated at the Metropolitan Detention Center in Brooklyn, New York, threatened the security of the institution.

2. The Defendants allege that Mr. Raniere and I "were endangering the security of the facility and the public by organizing "a group of women to show up regularly and dance provocatively for inmates to view through their cell windows, and that Mr. Raniere directed Suneel [Chakravorty] to contact more women" to "danc[e] erotically" which led to a request for Plaintiff to be moved to another housing unit. (*Id.*)" Doc. 14 at 4:23-27.

3. I was the Captain of the Harvard Ballroom Dance Team, so I have a familiarity with dancing.

4. My friends and I began what I would call "a dance movement," called The Forgotten Ones, to attempt to uplift the spirits of the adults in custody at MDC. Like Mr. Raniere, they had not been permitted in-person visitation in months due to COVID-19 and, because of the COVID-19 lockdown, had to spend most of their days in their cells.

5. As a dancer in college, I have come to view dancing as a form of communication and peaceful expression and not as something intimidating.

6. Our small group publicized and live-streamed our nightly dances on Instagram. Attachment 1 contains printouts of posts from our Instagram.

7. Sometimes, family members of adults in custody and other interested individuals joined us in dancing but our numbers were small.

8. Sometimes when family members could not attend in person, they would join on the Instagram live-stream and ask us to wave at their loved one with a flashlight or create a sign for them to see an expression of their love.

9. On one occasion, a Correctional Officer finishing his shift danced with us briefly before driving home.[1]

---

[1] See a video clip here: https://www.instagram.com/p/CEuE-rzD_mF/

10. A Brooklyn based media outlet, BKReader, wrote about the dancing movement, included as Attachment 2, and an archived copy of the referenced website of The Forgotten Ones as Attachment 3. Below is an excerpt:

"Former Nxivm teacher Eduardo Asunsolo, Nxivm member Nicki Clyne, Michele Hatchette and Suneel Chakravorty have been dancing outside the prison from 8:00pm – 9:00pm every night since July 3.

The dance parties started out of an inside joke between Clyne and Raniere one night, when she was visiting him from outside the prison. "One of my party tricks is doing a moonwalk," Clyne said. "So I did a moonwalk, and a bunch of guys started banging on their windows."

That evolved into a nightly show where the team directs prisoners with a sign to tune into 97.1 FM, puts on their car stereo and dances to the windows above. Clyne would also take calls and email from inmates, learning about their isolation and conditions on the inside.

On July 7, the group also launched a The Forgotten Ones' website, with a mission statement.

11. Below is an excerpt from a call Mr. Raniere and I had on July 5, 2020, transcribed by Rev.com, in which we discussed the dancing movement:

Mr. Raniere: I really like that you guys come, and I hope it's good for you. I think if we could make this into a good non-for-profit sort of a thing, a volunteer thing, I think you could get more depth, and I think it lifts up the spirits of people watching, you know?

Mr. Chakravorty: Yeah, definitely. For us, as well, it's uplifting, too. It feels like we're de-erasing a bunch of people and reconnecting. Like we see them – the erasism thing.

Mr. Raniere: Yeah. I think you should write up a little mission statement for it, maybe have a little website where people can find information, sign up, or whatever, and starting with MDC, eventually, I mean, if you did it right and passed it on to someone who could coordinate it well, they could do for all the different centers.

12. The Defendants wrote, "Plaintiff also informed Mr. Chakravorty about "the staff work schedules and indicated his protesters should wait outside for the staff and offer donuts and coffee as they exit the facility." (*Id.*) (internal quotation marks omitted)" Doc. 14 at 4:27-5:1.

13. The purpose of the one occasion where we offered coffee and donuts was meant to a gesture of kinship. We wished to show that our presence to dance was not adversarial but

an acknowledgement that we share the same humanity, with all its joys and fears, and a common desire to lessen man's "inhumanity to man."

14. Below is an excerpt from my call on July 11, 2020, with Mr. Raniere, the context of which makes clear our intention was to help and not fight, to bring harmony and not dissension.

Mr. Raniere: Now, an interesting thing you may want to consider: Everyone is locked in here between 3:30 and 5. They do count at 4. Count doesn't take very long and they just need to see people standing up or whatever. They'd be standing up with the lights on, looking out the window, if you guys are performing, it might be the time when you can get everyone in their cell. And there's also a nice thing if the COs, when they get off duty, want to watch it, they get off duty at 4, you know what I mean? The shifts go 8 to 4, 4 to 12, 12 to 8 —

Recorded Message: This call is from a federal prison.

Mr. Raniere: Now, I don't know if everyone's shifts are like that, but that's what the COs shifts are. So at four o'clock you have all these COs coming out and going off duty and you might get a few to watch.

Mr. Chakravorty: Yeah.

Mr. Raniere: And they might come to understand it better, and, you know, it's for them too. We're all in this together.

Mr. Chakravorty: Yeah, definitely. I mean, some of them have been pretty nice to us, like they -- one of the guys moved his car so that we would have more space to dance. And we tried to give some of them donuts and coffee yesterday. They were very grateful, but they refused because they technically can't accept anything like that.

Mr. Raniere: Right.

Mr. Chakravorty: But they seem very appreciative. So we feel that.

Mr. Raniere: Right, well, when they go off duty, it depends on, I don't know their guidelines or ethics with respect to accepting. I could certainly understand not accepting anything when you're on guard because, one, you don't know what's in it. You know what I mean? And it could be something very bad like that. But once they're off guard and off property, so to speak, maybe they could. And it is harmless stuff, you know?

Mr. Chakravorty: Yeah.

15. The Counter Terrorism Unit (CTU) concluded, "[Plaintiff's] manipulative behavior continues to manifest from behind the prison through the help of Suneel Chakravorty.

3

[Plaintiff's] actions would place the safety and security of staff and the public at risk." (*Id.*, p. 12.) Doc. 14 at 5:3-5.

16. It may have been naïve to dance outside a prison and, on one singular occasion, offer coffee and donuts to guards and other members of the staff, and think this would be interpreted in the spirit it was meant. Yet in our intent to make the world a trifle less harsh, we learned something, and perhaps, during the long months of COVID, we provided a bit of hope to the adults in custody – most of whom were pretrial detainees and faced an uncertain future – that when they did return to the world outside the bars of prison that there were those who would still consider them fellow sojourners in the journey we must all travel, the saint and sinner, the prisoner and guard, the judge, prosecutor and jury, and all of us.

17. I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct to the best of my knowledge.

Executed on February 24, 2023

_____

Suneel Chakravorty

4

# Attachment 1









weareasyou
Metropolitan Detention Center, Brooklyn

weareasyou On July 3rd, 2020, a nightly dance demonstration was born outside Metropolitan Detention Center (MDC) in Brooklyn to remind those inside they are not forgotten. We dance to bring joy, love, levity and entertainment at a time when it is needed more than ever. Neither friends nor family have been allowed inside prisons across the country since March.

The enthusiasm has been growing from the men inside, as they bang on their windows and flash their lights in appreciation. But recently, we have learned from sources that some men are being punished and moved to cells without windows.
This is wrongful and must be exposed.

27 likes
JULY 7, 2020

Add a comment...

#WeAreAsYou
#WeAreTheForgottenOnes
www.WeAreAsYou.com

THE DANCE MUST GO ON!















































































































instagram.com/p/CFAs-pZDgbF/

‹ Saved

**i love what ur doing…**

"i love what ur doing and it makes me feel good everytime i see yall out there. it means so much to just be acknowledged. to feel someone cares. that we actually matter. i dont know u guys but i love u guys and feel a connection with yall frfr. keep up the good work bc even if u help just one person get through another day its a big deal."

**weareasyou**
M.D.C Federal Prison

**weareasyou** Why we do what we do 🙏 💜 We communicate daily with people inside MDC and it's messages like this that motivate us to keep showing up every week.

"i love what ur doing and it makes me feel good everytime i see yall out there. it means so much to just be acknowledged. to feel someone cares. that we actually matter. i dont know u guys but i love u guys and feel a connection with yall frfr. keep up the good work bc even if u help just one person get through another day its a big deal."

126w

**nxivm101** Your statement is both true and false.
112w   Reply

**barry.sanders.3110567** I didn't care about prison reform either until I went to prison. It doesn't master how they got here we're just gladthey're here now
118w   1 like   Reply

❤ ♡ ✈

31 likes
SEPTEMBER 11, 2020

☺  Add a comment…





















Instagram

instagram.com/p/CHQ0NY8DU1o/

〈 Saved

All Posts

"My humanity is bound up in yours, for we can only be human together."

——

DESMOND TUTU

**weareasyou**
M.D.C Federal Prison

inmates at MDC and surrounding facilities. A few have been released since we started, many have been transferred, and even more still await transfer or court dates at MDC. Although limited visitation has started this week, the conditions have not improved, and we receive concerns on a regular basis from those in need of help. While some have families who support them, many don't, and we are constantly moved by how small gestures can be of major significance.

Now that visitation has opened up and winter is upon us, we will be putting the dancing on hiatus until further notice. But we will continue to support as many people as we can through the winter and beyond. Watch this page for updates and get in touch if you'd like to be involved. We want to express our love and gratitude to all the people who have supported this movement. We are inspired and humbled by all the stories

37 likes

NOVEMBER 6, 2020

Add a comment...

A little dancing in the rain...









Instagram
instagram.com/p/CHoQczCFsD-/

Saved
All Posts

**weareasyou**
FCI Otisville Federal Prison

**weareasyou** With the holidays coming up, it's important to remember that while it's hard enough to be separated from family and friends, a large portion of the incarcerated population doesn't even have family to call, send cards or to help with commissary. For those who have been forgotten, holidays can be an especially painful reminder of this reality. In prison, it's a fight to not lose hope; our hope is that everyone can get through these difficult times with their humanity and heart in tact. 🙏 ❤️
116w

**kellygreicefenix** 🙏 🙏 🙏 🌷 🌷
116w   2 likes   Reply

34 likes
NOVEMBER 15, 2020

Add a comment...

OVERHEARD AT A PRAYER
CIRCLE IN FCI OTISVILLE:

*"We need to pray for the
forgotten ones."*

A little dancing in the rain...





Instagram   ×   +

instagram.com/p/CH28eWaF4y-/

‹ Saved

**All Posts**

# Update on
# Visitation at MDC

Visitation was completely suspended in March
of this year, with inmates subject to nearly 24/7
lockdowns (in 2-person cells) and still are only
permitted 3 hours per day outside their cells.

On Nov. 2, MDC opened up for visitors with
strict regulations, including no contact, one
visitor at a time, and with appointments only.

After only 2 weeks, and very few visits, MDC has
closed visitation once again, apparently due to
COVID increases in New York, to be re-
evaluated in 14 days.

Visit the Centers for Disease Control and Prevention for
vaccine resources.

**weareasyou**
M.D.C Federal Prison

**weareasyou** While we are all for the health and safety of
people living and working in a correctional facility, the
inconsistent nature of the policies is concerning and should be
examined. While inmates are being deprived of their most
basic rights, including proper medical attention, adequate
cleaning supplies, and appropriate safety policies, now
visitation has been suspended once again. Being able to see
and communicate with friends and family members on the
outside is sometimes the only thing that gives the strength
and hope to endure the difficult conditions. Please join us in
bringing attention and awareness to these issues. So many
people are suffering who have no recourse. It is the public
who must demand better.

116w

29 likes

NOVEMBER 21, 2020

Add a comment...

A little dancing in the rain...



















































Attachment 2

# Brooklyn Prison Dancers Linked to 'Sex Cult' NXIVM Start Social Justice Organization

**bkreader.com**/2020/07/23/nxivm-group-holds-nightly-dances-outside-of-brooklyn-prison-despite-its-controversial-ties/

More by Jessy Edwards                                                      July 23, 2020



A mother arrives as the sun is setting and puts out a large deckchair for herself and a small one for her little girl. As they blows kisses towards the upper floors of the Metropolitan Detention Center in Sunset Park, a shadow in a window high above starts to tap a beat on the glass in response.

Its a well-worn ritual for family and friends of prisoners who havent been allowed visitation since March, due to COVID-19. But recently, theyve been joined by a nightly dance party organized by a group that says it wants to shine a light on the brutalities of the justice system.

Instead, the spotlight has turned on the group and their personal ties to Metropolitan Detention Center inmate Keith Raniere, a <u>convicted sex trafficker</u> and co-founder of Nxivm, a personal and professional growth, training and development group.



Watch Video At: https://youtu.be/wsUoz0lxdLw

## The Forgotten Ones

Former Nxivm teacher Eduardo Asunsolo, Nxivm member Nicki Clyne, Michele Hatchette and Suneel Chakravorty have been dancing outside the prison from 8:00pm – 9:00pm every night since July 3.

The dance parties started out of an inside joke between Clyne and Raniere one night, when she was visiting him from outside the prison. One of my party tricks is doing a moonwalk, Clyne said. So I did a moonwalk, and a bunch of guys started banging on their windows.

That evolved into a nightly show where the team directs prisoners with a sign to tune into 97.1 FM, puts on their car stereo and dances to the windows above. Clyne would also take calls and email from inmates, learning about their isolation and conditions on the inside.

On July 7, the group formalized their dance shows as a movement for prison reform by launching the organization The Forgotten Ones, with a website, mission statement and call to Get Involved.



Drive up next to the brutalist, hi-rise federal prison complex on 29th Street and you might be lucky enough to catch a glimpse of your loved one in their cell.

## The Blowback

Despite their mission to provide connection to prisoners, The Forgotten Ones leaders close ties to Raniere have stymied the cause. They've experienced media blowback for their actions, accused of not being forthcoming with their connections to Nxivm.

Asunsolo said they initially wanted to avoid the dancing being associated with the sex-cult, but admits it has become inevitable. In an interview, he compared the character assassinations on his group to the persecution of Jews in pre-WW2 Europe. He told the *BK Reader* Raniere is a good man and decried the U.S. justice system.

But Nxium, a self-help organization, is also facing a civil lawsuit in which 80 plaintiffs say they were bilked of millions of dollars in a pyramid scheme.



One visitor has binoculars, to see her loved one better. Photo: Jessy Edwards for the BK Reader.

Attorney Neil L. Glazer — who represent litigants in the claim brought in January against Raniere and 14 of his associates, including Clyne — said people should be skeptical of the group which continues to unconditionally support and defend the conduct of a man who was convicted of heinous crimes including sex trafficking, document servitude and exploitation of a minor.

He added that Asunsolos comments comparing the group to Jews or Black people facing racism were tone-deaf and offensive. This group is less concerned with the plight of incarcerated individuals than they are with advancing the warped so-called ethics that enabled the perpetration of these horrific crimes."

## The Accusations

Raniere was convicted in June 2019 of crimes including racketeering, sex trafficking, conspiracy, forced labor, identity theft, sexual exploitation of a child and possession of child pornography.



Raniere was moved in early July, leaving the group to perform only for prisoners they do not know.

Much of the trial <u>centered around</u> a secretive group within Nxivm known as DOS, within which women say they were recruited to have sex with Raniere, were branded with his initials in their pubic areas, asked to provide collateral in the form of naked photos and told to eat 500-800 calories per day to maintain svelte figures.

In the civil suit filed by Glazer and his associates on January 28, Clyne was accused of being a DOS leader. She denies the claim. My name has been slandered, Ive had all sorts of lies written about me, she said.

I think what is really sad is we are out here doing something really good that is helping a lot of people and people can't get past this idea that we were in something called a sex cult, and I dont even know what that is, I certainly wasnt part of a sex cult.

The group plans to keep dancing until the movement "catches fire."



Family members come all day, every day, for a shred of connection to their loved one, one guard said. You just missed a group who were dancing on their cars."

Attachment 3

The Wayback Machine - https://web.archive.org/web/20201112000913/https://wearetheforgottenones....



News   For Friends & Family   From the Inside   Get Involved

# THE FORGOTTEN ONES

Honoring the humanity of those who have been forgotten.

## OUR MISSION

In our country, there are entire classes of people who are locked up

News  For Friends & Family  From the Inside  Get Involved

in prisons, whose humanity and rights have been disregarded, and whose existence forgotten by most of society.

Our movement started as a humble attempt to bring levity, entertainment and connection to individuals who are currently incarcerated at a federal prison in Brooklyn. Through the unifying expression of dance, and other forms of entertainment, we lift the spirits of those inside, support their families and loved ones, and shine a light on a judicial system that, along with societal stigma, has allowed an entire sector of our population to be treated as less than human.

In the process of reinvigorating a sense of hope during these dark and

difficult times, we have uncovered many other resources and forms of support that are sorely needed. As a result, we plan on organizing efforts to offer that support. Things most people take for granted, like talking to a friend or taking Advil for a headache, are luxuries not afforded to the people being held at MDC, and prisons across America. By staying ignorant to this reality, we allow our forgotten ones to live in conditions we would find unacceptable for our pets.

At some point in our lives, we've all had the experience of being forgotten. Our mission is to shine a light on this "forgottenness," expose the violations that are currently cloaked in darkness, and restore our

shared humanity through authentic
human expression.

News  For Friends & Family  From the Inside  Get Involved

Follow Us: @WeAreAsYou

# GUIDELINES

(for dancing)

1. Wear a mask and practice social distancing.

2. Wear light colored clothing so you can be better seen.

3. Bring banners and a flash light as a way to connect.

4. Dance, peacefully and joyfully.

# 5. Be mindful of others if taking photos or videos, as some may wish to remain private.



Hello@WeAreTheForgottenOnes.org

This work is licensed under a Creative Commons Attribution-NonCommercial-NoDerivatives 4.0 International License.

The content displayed on the website and the content posted on our social media accounts are exclusively the intellectual property of @WeAreAsYou. You may not reuse, republish, or reprint such content without our written consent.

2/14/23, 10:57 AM
Case 4:22-cv-00561-RCC   Document 20-1   Filed 02/24/23   Page 120 of 138
For Friends & Family with Loved Ones Inside — We are the Forgotten Ones

The Wayback Machine - https://web.archive.org/web/20200928203355/https://wearetheforgottenones....



News  For Friends & Family  From the Inside  Get Involved

# FOR FRIENDS & FAMILY WITH LOVED ONES INSIDE

Having a loved one living in prison is excruciating enough, but the system makes it even more challenging with dehumanizing treatment, complicated communications, and inconsistent standards. Our efforts seek to serve families and friends as well. If you are unable to physically visit MDC

Case 4:22-cv-00561-RCC   Document 20-1   Filed 02/24/23   Page 121 of 138

Brooklyn to see your loved one, feel free to call or .s and let us know if you'd like us to make a sign and leave it in their sight, or anything else we can do to support you.

You can reach out to us at Hello@WeAreTheForgottenOnes.org and/or follow us on Instagram, Twitter or Facebook and send us a DM.

Join us virtually on our Instagram Livestream during our events! We welcome special requests to wave and/or dance for your loved one if you know where we can find their window!

# Hello@WeAreTheForgottenOnes.org

News  For Friends & Family  From the Inside  Get Involved



This work is licensed under a Creative Commons Attribution-NonCommercial-NoDerivatives 4.0 International License.

The content displayed on the website and the content posted on our social media accounts are exclusively the intellectual property of @WeAreAsYou. You may not reuse, republish, or reprint such content without our written consent.



News  For Friends & Family  From the Inside  Get Involved

9/10/20

# i love what ur doing...

Read More

7/21/20

# Shout out to all you...

Shout out to all you beautiful women who pull up to M.D.C to show us brothers on lock down love, We defiantly appreciate the love.

One thing that's never going to change in this would, no matter what you do for yourself or the people is the haters, Truth be told where would we really be without them.. Thanks again. To you and your team please be safe out there, the world is getting crazier by the day.

— J on the 5th floor

Read More

7/21/20



News  For Friends & Family  From the Inside  Get Involved

They were a team of Angels trying to get our attention thru dance, the most Joyful way to have fun and spread love. They definitely grasped my attention, at a time like this, here we have a group of positive, selfless, understanding, & loving young New Yorkers who know of our struggles and wants to help out when no one else does. The World is overwhelmed, so we have to in hopes for the Country to decide and remember this is not a 3rd World Country, we are Americans!

Read More

7/20/20

# I Would like to thank and send a shoutout...

I Would like to thank and send a shoutout to Niki and all the people who come with her from wearetheforgottenones.org they have been nothing but light in this time of darkness. i can hardly get close friends and family to answer the phone for me much less a visit , but yet these people dance and signal me with lights every night god bless them... #FREETHEREALTILWEALLFREE!

— N on the 5th floor

Read More

7/20/20



News  For Friends & Family  From the Inside  Get Involved

What you ladies are doing for us here is amazing!!!! I haven't seen my family since December!! It's been hard going through this situation in jail but what these lovely ladies are doing for us here, letting us know that people are out there that care about us is amazing and I hope more people join in with ya'll!!!!! ;)

— A on the 5th floor

Read More

7/19/20

# hey hope all is well...

hey hope all is well... i really appreciate u dancing and putting on a show for us these last couple nights lol...times are hard in here we dont get medical attention, we been on lockdown for months so the lil entertainment is fun lol..hope all is well and God bless u

...from the first day i knew u guys were special...i truly appreciate u.

thanks a million!

— W on the 5th floor

Read More

7/19/20



News   For Friends & Family   From the Inside   Get Involved

Hi guys i have always watch you and enjoy seeing the liberty in which you guys dance , with much love and time and freedom... I can see the love every one puts in to it by driving here, bringing lights , dancing and saluting every one, every minute and seconds. i can see the happiness and joy in each one of you so much that it has not been a day with out a smile and such things are priceless. because there is love and done with love it is beautiful.

— N on the 7th floor

Read More

7/19/20

# Thank you guys so much...

Thank you guys so much for the entertainment. Being locked into our rooms for up to 23 hours per day was intolerable until you guy made you debut appearance. Thanks, guys and girls!

— S on the 4th floor

Read More



News  For Friends & Family  From the Inside  Get Involved



News   For Friends & Family   From the Inside   Get Involved



This work is licensed under a Creative Commons Attribution-NonCommercial-NoDerivatives 4.0 International License.
The content displayed on the website and the content posted on our social media accounts are exclusively the intellectual property of @WeAreAsYou. You may not reuse, republish, or reprint such content without our written consent.



News   For Friends & Family   From the Inside   Get Involved

# LATEST UPDATE

## July 25, 2020

As is essential for any new movement, we are taking the time to process the past few weeks, listen to feedback from those we serve, and evaluate the best way forward. In order to sustain the momentum for the time being, we will be showing up at least once a week and continuing to offer support to those inside and their families.

Our next dance event will be this Friday, July 31 starting at 7:30pm

Dancing outside the prison each night has inspired a type of connection and joyful celebration that stands in stark contrast to the conditions and oppression experienced by incarcerated populations across the country. In just three weeks, we've connected with countless people inside and outside the prison walls; we've celebrated birthdays and witnessed reunions; and, most of all, we've connected with the deep need for change that will fuel all of our future endeavors.

If you are interested in joining our efforts and being a part of this growing community of people affected by the criminal justice system who wish to see change, we would love to hear from you.





News  For Friends & Family  From the Inside  Get Involved

# July 15, 2020 7:44PM ET



On July 3, three friends visited the
parking lot of Metropolitan Detention
Center (MDC) in Brooklyn to wave to
their friend Keith Raniere, who has
been detained there since April 2018.
Those incarcerated at this facility
have had very limited
communication and experienced



News  For Friends & Family  From the Inside  Get Involved

daily to shower, make a phone call, buy from the commissary, etc. And yes, it's as impossible as it sounds. Eventually this time was extended to an hour, and now three, but they still haven't been allowed any visitors, including attorney visits, since March, and have been told that may continue until next year. In addition to being deprived of basic medical attention or proper COVID precautions, the men are subject to invasive raids and violent and punitive treatment. The conditions inside are worse than what most people would accept for their pets.

During that first visit, it was evident that the conditions and scarcity of



In the absence of humanity, even a flickering light in the distance can be a beacon of hope. At first it was just waves and flashing lights, then one of the friends did a moonwalk and more men started to come to their windows. The subtle feeling of connection was so uplifting, she cranked up the car stereo and started to dance. Suddenly there was a cacophony of banging on the windows and, in that moment, the movement was born. Every night since, more people have been showing up to dance and show support for those who have mostly been forgotten. The movement is intended to honor the humanity of all the forgotten ones, starting with those behind bars.



News  For Friends & Family  From the Inside  Get Involved

and family who are being told by
their brothers, husbands, cousins
and fathers that there are people
dancing in the parking lot and how
much they love the show. In the
midst of bad news, like court dates
being pushed indefinitely, the
dancing and human connection is a
welcome reprieve. Also, loved ones
who haven't been able to visit, or
who live far away, are touched by the
gesture and the ability to feel closer
through the Instagram livestream.
The gratitude, while heartwarming,
exposes issues within our culture
and justice system that should be
unconscionable in a so-called
civilized society. Treating anyone as
less than human, no matter what



was built.

While the spirit of these gatherings
is one of service, without political
agenda, the response is already
shining a light on the oppression
within our system that is otherwise
hidden. What happens from the time
of arrest, to trial, to sentencing and
thereafter in this country is largely
under veil. There is a deep need for
transparency and accountability on
an individual level because the
transgressions taking place within
the system are an effect of personal
decisions. Rather than asking, how
did this happen? We should be
asking, *who* made this happen? For
example, because of the prejudice in



News  For Friends & Family  From the Inside  Get Involved

peaceful movement and make it into
something it's not.

Keith was promptly punished for
writing an email about how
wonderful it was to see his friends
connecting with and recognizing the
men inside. Keenly aware of the dire
need for humanity inside, Keith
encouraged the movement to expand,
with the hope that anyone with
friends or family who are
incarcerated could gather and dance
like this at facilities across the
country. Although Keith was moved
so he could no longer witness the
dancing, his friends and others
continue to show up because this is
about restoring humanity to the



News  For Friends & Family  From the Inside  Get Involved

punishments that run rampant within our prison system must be seen and addressed. While speaking up about these issues is highly dangerous, both for people inside and outside, it is a moral imperative for anyone with a voice and a conscience. The individuals who enact these crimes against humanity behind closed doors must be held accountable and it is up to the public to say "enough is enough." It is equally important to remind the recipients of this oppression that they are not forgotten.

No matter what amount of hate, fear or prejudice is unearthed in this process, what matters is that we



News  For Friends & Family  From the Inside  Get Involved

expression and humanity, we hope to
inspire others, whether they have
loved ones inside or simply love in
their hearts, to join these efforts.

Watch this interview from 7/15/20 with Eduardo Asunsolo, one of the founders of
the Forgotten Ones, on "Good Morning Bushwick w/Bud & Roach."

39:33

Hello@WeAreTheForgottenOnes.org



News  For Friends & Family  From the Inside  Get Involved

This work is licensed under a Creative Commons Attribution-NonCommercial-NoDerivatives 4.0 International License.
The content displayed on the website and the content posted on our social media accounts are exclusively the intellectual property of @WeAreAsYou.
You may not reuse, republish, or reprint such content without our written consent.