# EXHIBIT 2

# Keith Raniere - Emergency visit for Suneel Chakravorty

From   Stacy Scheff <stacy@schefflaw.com>

To     Mitchell, Lorri (BOP)<l1mitchell@bop.gov>, Flores, Daniel (BOP)<d1flores@bop.gov>,
       Cook, Clay (BOP)<c2cook@bop.gov>, Faulk, Denise (USAAZ)<Denise.Faulk@usdoj.gov>,
       Ambri, Michael (USAAZ)<Michael.Ambri@usdoj.gov>, Joseph Tully<joseph@tully-weiss.com>,
       Suneel Chakravorty<suneel@suneelchakravorty.com>

Date   Friday, June 17th, 2022 at 3:23 PM

Dear all,
Pursuant to the language in BP-a0242 authorizing an "immediate" visit based on "extraordinary circumstances"
we request expedited review of Mr. Chakravorty's information and that he be allowed to visit with Mr. Raniere on
Sunday 6\19\2022.
Mr. Chakravorty will be flying in from Miami to assist with final details on Mr. Raniere's urgent Rule 33 motion that
must be filed by Monday 6\20\2022.
Please find the BP AO243 form attached.

## Please respond immediately.

--
Stacy Scheff
Law Office of Stacy Scheff
P.O. Box 40611
Tucson, AZ 85717-0611
(520) 471-8333
FAX: (520) 300-8033

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information
contained in this message is privileged. It is intended only to be read by the individual or entity addressed or
their designee. If the reader of this message is not the intended recipient, you are on notice that any distribution
of this message, in any form, is prohibited. If you have received this message in error, please immediately notify
the sender and delete or destroy any copy of this message.

**162.16 KB**   1 file attached

BP_A0243_SC_Signed.pdf 162.16 KB

BP-A0243          **APPLICATION TO ENTER INSTITUTION AS REPRESENTATIVE** CDFRM
SEPT 10
**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

## GENERAL

This information is provided pursuant to Public Law 93 - 579, the Privacy Act of December 31, 1974.

## PURPOSES AND USES

The information you supply may be used as a basis for an investigation regarding your correspondence with ___Keith Alan Raniere_____ and admission to visit this person at ___United States Penitentiary at Tucson, Arizona_____ . In the process of conducting the investigation, the Bureau of Prisons may disclose the information to federal, state, or local law enforcement agencies.

## EFFECTS OF NONDISCLOSURE

You are not required to supply the information requested on the attached form. If you do not furnish the information requested, the processing of your request will be suspended, and you will receive no further consideration. If you furnish only part of the information required, the processing of your request will be attempted; however, it may be significantly delayed. If the information withheld is found to be essential to processing your request properly, you will be so informed, and your request will receive no further consideration unless you supply the missing information. Although no penalties are authorized for failure to supply the requested information, failure to supply the information could result in your not being considered for or allowed admittance to the institution or correspondence privileges with the inmate in question.

**APPLICATION TO ENTER INSTITUTION AS THE REPRESENTATIVE OF A LICENSED ATTORNEY OR TO CORRESPOND WITH A FEDERAL PRISONER AS THE REPRESENTATIVE OF A LICENSED ATTORNEY**

This form has three parts:
1. Questionnaire : The questionnaire is to be completed by each paralegal employee, legal assistant, clerk or student who seeks to enter an institution of Federal Bureau of Prisons as the representative of a licensed attorney to visit a federal prisoner or to correspond with a federal prisoner as the attorney's representative.
2. Certification : The person seeking to enter a federal institution or to visit or correspond with a federal prisoner must sign the certification which follows the questionnaire.
3. Attorney's Statement : The licensed attorney must sign this statement.

## QUESTIONNAIRE

(NOTE: Answer all questions. If a question does not apply to you, write "Not Applicable" in the space provided for the answer.)

1. Name: Suneel Chakravorty

2. a. Any alias or other name ever used:

   Name: _____   When used: _____

   Name: _____   When used: _____

   b. Date of Birth: 01/01/1990

3.

   a. Present Address: 246 Daniel Webster Highway, Ste 1024, Merrimack, NH 03054

   b. How long at this address? 2.5 weeks

   c. List all previous addresses (Including Street and Number, City and State) for the last five years and dates you resided at each address:

   246 Daniel Webster Highway, Ste 1024, Merrimack, NH 03054 (June 2022 thru Present)

   119 Clipper Lane, Jupiter, FL (June 2021 thru June 2022)

   365 Bond Street, Apt A524, Brooklyn, NY 11231 (June 2019 thru June 2021)

   250 Pacific Street, Brooklyn, NY, Apt 16, Brooklyn, NY (June 2018 thru June 2019)

   201 E 12th Street, Apt 408, New York, NY 10003 (April 2016 thru June 2018)

4.

   a. Present place of employment: Self-employed, co-founder and consultant, Quadratic Consulting Group LLC

   b. Name of immediate supervisor: N/A

   c. Employer's business address: 365 Bond Street, Apt A524, Brooklyn, NY 11231

   d. Employer's business phone: 561-676-2956

   e. List all previous employers for the past five years, including employer's addresses and dates of your employment with each employer:

| Employer | Address | Dates of Employment |
|---|---|---|
| Quadratic Consulting Group LLC (founder) | 365 Bond St, Apt A524, Brooklyn NY | Oct 2018 thru present |
| Simple Fractal (co-founder) | 1560 Broadway, # 810, New York, NY | Jan 2016 thru Oct 2018 |
| | | |
| | | |

5. List all schools, universities, or other educational institutions attended from grade 10 to present (This should include any and all legal training that you have received):

| School | Address | Degree and date received |
|---|---|---|
| Harvard College | 86 Brattle Street, Cambridge, MA 02138 | A.B. in Mathematics, May 2011 |
| Suncoast Community High School | 1717 Avenue S, Riviera Beach, FL 33404 | High School Degree, May 2007 |

6. Have you ever been convicted of ANY criminal offense? If so, complete the following. You may exclude any convictions for minor traffic violations (fine of $50 or less).

| Offense | Date of Conviction | Name, Location of Court |
|---|---|---|
| | | |
| | | |
| | | |

7. Have you ever been confined in any jail, prison or penal institution? If so, complete the following:

| Type of Institution (State, Federal, Municipal, County) | Location | Dates of Confinement |
|---|---|---|
| | | |
| | | |
| | | |

Text

8.  Have you ever been denied permission to visit or correspond with any inmate by an institution within the Federal Bureau of Prisons? __Yes__ If so, which institutions, with which inmate, and when?

Keith Alan Raniere, # 57005-177, MDC Brooklyn (phone, social visitation, email, July 2020), USP Tucson (social visitation May 2021, phone May 2022)

9.  Are you a citizen of the United States? __Yes__ If not, give the name of the country of which you are a citizen or subject. _____

**STATEMENT OF APPLICANT SEEKING TO ENTER AN INSTITUTION TO VISIT OR TO CORRESPOND WITH A FEDERAL AS THE REPRESENTATIVE OF A LICENSED ATTORNEY**

I certify that I am authorized to act as the legal representative of __Joseph M. Tully__ _____, who is a licensed member of the bar of the State of __California__. I request that I be allowed to interview and correspond with __Keith Alan Raniere__, who is confined at __USP Tucson__. I am aware of my responsibility as a representative of the above-named attorney and certify that I am able to meet this responsibility. I am also aware of the Bureau of Prison's Policy on Inmate Legal Activities and certify that I am able to and will adhere to the requirements of this policy. I pledge to abide by Bureau of Prisons regulations and Institution guidelines.

I hereby certify that all of the information contained in this questionnaire is true and correct to the best of my knowledge. Furthermore, I understand that all information contained in this questionnaire may be investigated and verified through the use of federal, state, and local authorities.

Applicant's printed name: __Suneel Chakravorty__

Applicant's signature: _____

Date completed: __June 17, 2022__

**STATEMENT OF SPONSORING ATTORNEY**

I hereby certify that I am a licensed member of the bar of the State of __California__ and that I employ or supervise __Suneel Chakravorty__. I authorize __Suneel Chakravorty__ to represent me and request that as my representative he/she be allowed to interview and correspond with __Keith Alan Raniere__ who is currently confined at __USP Tucson__. I further certify that __Suneel Chakravorty__ is aware of the responsibility of his/her role as my representative and is able to meet this responsibility. I pledge that I will supervise my representative's activities. I accept personal and professional responsibility for all acts of my representative which affect the institution, its inmates or staff.

Attorney's printed name: __Joseph M. Tully__

Attorney's signature: _____

Date completed: __06/17/2022__

3

# Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Keith Raniere - Emergency visit for Suneel Chakravorty

| | |
|---|---|
| From | Cook, Clay (BOP) <c2cook@bop.gov> |
| To | Stacy Scheff<stacy@schefflaw.com> |
| CC | Flores, Daniel (BOP)<d1flores@bop.gov>, Mitchell, Lorri (BOP)<l1mitchell@bop.gov>, Gregory Stoltz<greg@gstoltzlaw.com>, Suneel Chakravorty<suneel@suneelchakravorty.com>, Joseph Tully<joseph@tully-weiss.com>, Faulk, Denise (USAAZ)<Denise.Faulk@usdoj.gov>, Ambri, Michael (USAAZ)<Michael.Ambri@usdoj.gov> |
| Date | Friday, June 17th, 2022 at 5:59 PM |

The Warden decided to permit a legal call between Mr. Chakravorty and Mr. Raniere in his discretion.

Mr. Stoltz had three legal visits this week alone with Mr. Raniere, with the most recent one occurring today.  This new legal visit request will have to await Counselor Flores's return on Sunday to see if he is able to accommodate a legal visit that morning.  Thanks.


CCC

**Clay C. Cook**
Supervisory Attorney


United States Department of Justice
Federal Bureau of Prisons


Phoenix Consolidated Legal Center
37900 North 45th Avenue
Phoenix, AZ 85086
Office: (623) 465-5120
E-Mail: c2cook@bop.gov
        clay.cook@usdoj.gov

---

**From:** Stacy Scheff <stacy@schefflaw.com>
**Sent:** Friday, June 17, 2022 2:49 PM
**To:** Cook, Clay (BOP) <c2cook@bop.gov>
**Cc:** Flores, Daniel (BOP) <d1flores@bop.gov>; Mitchell, Lorri (BOP) <l1mitchell@bop.gov>; Gregory Stoltz <greg@gstoltzlaw.com>; Suneel Chakravorty <suneel@suneelchakravorty.com>; Joseph Tully <joseph@tully-weiss.com>; Faulk, Denise (USAAZ) <DFaulk@usa.doj.gov>; Ambri, Michael (USAAZ) <MAmbri@usa.doj.gov>
**Subject:** [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Keith Raniere - Emergency visit for Suneel Chakravorty

Hi Clay,

Please explain the reasoning for allowing a call but not a visit.

Mr. Chakravorty will provide the number for the call.

Also, Mr. Stoltz will need a visit in the morning to deliver the paperwork for the call with Mr. Chakravorty.

--

Stacy Scheff

Law Office of Stacy Scheff

P.O. Box 40611

Tucson, AZ 85717-0611

(520) 471-8333

FAX: (520) 300-8033


ATTORNEY-CLIENT PRIVILEGED COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information contained in this message is privileged. It is intended only to be read by the individual or entity addressed or their designee. If the reader of this message is not the intended recipient, you are on notice that any distribution of this message, in any form, is prohibited. If you have received this message in error, please immediately notify the sender and delete or destroy any copy of this message.


On Fri, Jun 17, 2022 at 2:44 PM Cook, Clay (BOP) <c2cook@bop.gov> wrote:

> The legal call has been confirmed for Sunday from 1 p.m. to 3 p.m.  Mr. Raniere will have to be present in his cell for count time thereafter.  Please provide the best phone number to use to facilitate the legal call.  Thanks.
>
>
> CCC
>
> **Clay C. Cook**
> Supervisory Attorney
>
>
> United States Department of Justice
> Federal Bureau of Prisons
>
>
> Phoenix Consolidated Legal Center
> 37900 North 45th Avenue
> Phoenix, AZ 85086
> Office: (623) 465-5120
> E-Mail: c2cook@bop.gov
>         clay.cook@usdoj.gov

---

**From:** Stacy Scheff <stacy@schefflaw.com>
**Sent:** Friday, June 17, 2022 2:20 PM
**To:** Cook, Clay (BOP) <c2cook@bop.gov>
**Cc:** Flores, Daniel (BOP) <d1flores@bop.gov>; Mitchell, Lorri (BOP) <l1mitchell@bop.gov>; Gregory Stoltz <greg@gstoltzlaw.com>; Suneel Chakravorty <suneel@suneelchakravorty.com>; Joseph Tully <joseph@tully-weiss.com>; Faulk, Denise (USAAZ) <DFaulk@usa.doj.gov>; Ambri, Michael (USAAZ)

<[MAmbri@usa.doj.gov](mailto:MAmbri@usa.doj.gov)>

**Subject:** [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Keith Raniere - Emergency visit for Suneel Chakravorty

Please explain the reason for this.
We will need 4 hours.  From 1 to 5pm Arizona time.

--
Stacy Scheff
Law Office of Stacy Scheff
P.O. Box 40611
Tucson, AZ 85717-0611
(520) 471-8333
FAX: (520) 300-8033

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information contained in this message is privileged. It is intended only to be read by the individual or entity addressed or their designee. If the reader of this message is not the intended recipient, you are on notice that any distribution of this message, in any form, is prohibited. If you have received this message in error, please immediately notify the sender and delete or destroy any copy of this message.

On Fri, Jun 17, 2022 at 2:15 PM Cook, Clay (BOP) <[c2cook@bop.gov](mailto:c2cook@bop.gov)> wrote:

> Mr. Chakravorty will not be allowed a legal visit, with or without an accompanying attorney.  Please advise on a time/duration for the legal call on Sunday if that is what you choose.  Thanks.
>
> CCC
>
> **Clay C. Cook**
> Supervisory Attorney
>
> United States Department of Justice
> Federal Bureau of Prisons
>
> Phoenix Consolidated Legal Center
> 37900 North 45th Avenue
> Phoenix, AZ 85086
> Office: (623) 465-5120
> E-Mail: [c2cook@bop.gov](mailto:c2cook@bop.gov)
>         [clay.cook@usdoj.gov](mailto:clay.cook@usdoj.gov)

**From:** Stacy Scheff <[stacy@schefflaw.com](mailto:stacy@schefflaw.com)>
**Sent:** Friday, June 17, 2022 2:04 PM
**To:** Cook, Clay (BOP) <[c2cook@bop.gov](mailto:c2cook@bop.gov)>; Gregory Stoltz <[greg@gstoltzlaw.com](mailto:greg@gstoltzlaw.com)>
**Cc:** Flores, Daniel (BOP) <[d1flores@bop.gov](mailto:d1flores@bop.gov)>; Mitchell, Lorri (BOP) <[l1mitchell@bop.gov](mailto:l1mitchell@bop.gov)>; Suneel Chakravorty <[suneel@suneelchakravorty.com](mailto:suneel@suneelchakravorty.com)>; Joseph Tully <[joseph@tully-weiss.com](mailto:joseph@tully-weiss.com)>; Faulk, Denise

(USAAZ) <DFaulk@usa.doj.gov>; Ambri, Michael (USAAZ) <MAmbri@usa.doj.gov>
**Subject:** [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Keith Raniere - Emergency
visit for Suneel Chakravorty

There is paperwork that needs to be exchanged.
Would it be possible to have Mr. Stoltz or myself accompany Mr. Chakravorty on the visit?
--
Stacy Scheff
Law Office of Stacy Scheff
P.O. Box 40611
Tucson, AZ 85717-0611
(520) 471-8333
FAX: (520) 300-8033

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information
contained in this message is privileged. It is intended only to be read by the individual or entity addressed or
their designee. If the reader of this message is not the intended recipient, you are on notice that any
distribution of this message, in any form, is prohibited. If you have received this message in error, please
immediately notify the sender and delete or destroy any copy of this message.


On Fri, Jun 17, 2022 at 2:01 PM Stacy Scheff <stacy@schefflaw.com> wrote:
> Thank you.  We will discuss and get back to you asap.
> Please explain why a call is acceptable but a visit is not.
> --
> Stacy Scheff
> Law Office of Stacy Scheff
> P.O. Box 40611
> Tucson, AZ 85717-0611
> (520) 471-8333
> FAX: (520) 300-8033
>
> ATTORNEY-CLIENT PRIVILEGED COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The
> information contained in this message is privileged. It is intended only to be read by the individual or entity
> addressed or their designee. If the reader of this message is not the intended recipient, you are on notice
> that any distribution of this message, in any form, is prohibited. If you have received this message in error,
> please immediately notify the sender and delete or destroy any copy of this message.
>
>
> On Fri, Jun 17, 2022 at 1:58 PM Cook, Clay (BOP) <c2cook@bop.gov> wrote:
>> Ms. Scheff,
>>
>>   The Warden has denied the request for a legal visit for Mr. Chakravorty.

In lieu of the legal visit, the Warden will permit a legal call on Sunday, June 19th, between Mr. Chakravorty and Mr. Raniere. If this is acceptable for you, please let me know the requested time and duration for the legal call. Thanks.

CCC

**Clay C. Cook**
Supervisory Attorney

United States Department of Justice
Federal Bureau of Prisons

Phoenix Consolidated Legal Center
37900 North 45th Avenue
Phoenix, AZ 85086
Office: (623) 465-5120
E-Mail: c2cook@bop.gov
            clay.cook@usdoj.gov

---

**From:** Stacy Scheff <stacy@schefflaw.com>
**Sent:** Friday, June 17, 2022 1:08 PM
**To:** Cook, Clay (BOP) <c2cook@bop.gov>
**Cc:** Flores, Daniel (BOP) <d1flores@bop.gov>; Mitchell, Lorri (BOP) <l1mitchell@bop.gov>; Suneel Chakravorty <suneel@suneelchakravorty.com>; Joseph Tully <joseph@tully-weiss.com>; Faulk, Denise (USAAZ) <DFaulk@usa.doj.gov>; Ambri, Michael (USAAZ) <MAmbri@usa.doj.gov>
**Subject:** [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Keith Raniere - Emergency visit for Suneel Chakravorty

This does not require a formal background check. Regardless you now have the form. Please approve the visit for Sunday

On Fri, Jun 17, 2022 at 1:06 PM Cook, Clay (BOP) <c2cook@bop.gov> wrote:
> 28 CFR 543.16(b)(3) and Program Statement 1315.07 at p. 19. "The Warden may required each assistant to fill out and sign a personal history statement . . . ." Also, "If necessary to maintain security or good order in the institution, the Warden may prohibit a legal assistant from visiting or corresponding with an inmate."
>
> Given Mr. Chakravorty's history of being denied social visitation and social telephone privileges with Mr. Raniere at two separate BOP institutions, the NCIC form is also being required so that a formal background check can be completed.
>
> CCC
>
> **Clay C. Cook**

Supervisory Attorney

United States Department of Justice
Federal Bureau of Prisons

Phoenix Consolidated Legal Center
37900 North 45th Avenue
Phoenix, AZ 85086
Office: (623) 465-5120
E-Mail: c2cook@bop.gov
          clay.cook@usdoj.gov

---

**From:** Stacy Scheff <stacy@schefflaw.com>
**Sent:** Friday, June 17, 2022 12:47 PM
**To:** Cook, Clay (BOP) <c2cook@bop.gov>
**Cc:** Flores, Daniel (BOP) <d1flores@bop.gov>; Mitchell, Lorri (BOP) <l1mitchell@bop.gov>; Suneel
Chakravorty <suneel@suneelchakravorty.com>; Joseph Tully <joseph@tully-weiss.com>; Faulk,
Denise (USAAZ) <DFaulk@usa.doj.gov>; Ambri, Michael (USAAZ) <MAmbri@usa.doj.gov>
**Subject:** [EXTERNAL] Re: [EXTERNAL] Keith Raniere - Emergency visit for Suneel Chakravorty

We are not asking for a personal visit. We are asking for a legal visit. Please direct us to the policy that
requires an NCIC check for a legal visit.

On Fri, Jun 17, 2022 at 12:44 PM Cook, Clay (BOP) <c2cook@bop.gov> wrote:

> In addition to this form, Mr. Chakravorty also needs to fill out the NCIC form so that his
> background check can happen.  The NCIC form is located on the BOP website under
> Forms.  Thanks.
>
>
> CCC
>
> **Clay C. Cook**
> Supervisory Attorney
>
> United States Department of Justice
> Federal Bureau of Prisons
>
> Phoenix Consolidated Legal Center
> 37900 North 45th Avenue
> Phoenix, AZ 85086
> Office: (623) 465-5120
> E-Mail: c2cook@bop.gov
>           clay.cook@usdoj.gov

---

**From:** Stacy Scheff <stacy@schefflaw.com>
**Sent:** Friday, June 17, 2022 12:23 PM
**To:** Flores, Daniel (BOP) <d1flores@bop.gov>; Mitchell, Lorri (BOP) <l1mitchell@bop.gov>; Cook,

Clay (BOP) <c2cook@bop.gov>; Suneel Chakravorty <suneel@suneelchakravorty.com>; Joseph Tully <joseph@tully-weiss.com>; Faulk, Denise (USAAZ) <DFaulk@usa.doj.gov>; Ambri, Michael (USAAZ) <MAmbri@usa.doj.gov>

**Subject:** [EXTERNAL] Keith Raniere - Emergency visit for Suneel Chakravorty

Dear all,

Pursuant to the language in BP-a0242 authorizing an "immediate" visit based on "extraordinary circumstances" we request expedited review of Mr. Chakravorty's information and that he be allowed to visit with Mr. Raniere on Sunday 6\19\2022.

Mr. Chakravorty will be flying in from Miami to assist with final details on Mr. Raniere's urgent Rule 33 motion that must be filed by Monday 6\20\2022.

Please find the BP AO243 form attached.

## **Please respond immediately.**

--
Stacy Scheff
Law Office of Stacy Scheff
P.O. Box 40611
Tucson, AZ 85717-0611
(520) 471-8333
FAX: (520) 300-8033

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information contained in this message is privileged. It is intended only to be read by the individual or entity addressed or their designee. If the reader of this message is not the intended recipient, you are on notice that any distribution of this message, in any form, is prohibited. If you have received this message in error, please immediately notify the sender and delete or destroy any copy of this message.

--
--
Stacy Scheff
Law Office of Stacy Scheff
P.O. Box 40611
Tucson, AZ 85717-0611
(520) 471-8333
FAX: (520) 300-8033

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information contained in this message is privileged. It is intended only to be read by the individual or entity addressed or their designee. If the reader of this message is not the intended recipient, you are on notice that any distribution of this message, in any form, is prohibited. If you have received this message in error, please immediately notify the sender and delete or destroy any copy of this message.

--
--

Stacy Scheff
Law Office of Stacy Scheff
P.O. Box 40611
Tucson, AZ 85717-0611
(520) 471-8333
FAX: (520) 300-8033

ATTORNEY–CLIENT PRIVILEGED COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information contained in this message is privileged. It is intended only to be read by the individual or entity addressed or their designee. If the reader of this message is not the intended recipient, you are on notice that any distribution of this message, in any form, is prohibited. If you have received this message in error, please immediately notify the sender and delete or destroy any copy of this message.

# Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Keith Raniere - Emergency visit for Suneel Chakravorty

| | |
|---|---|
| From | Flores, Daniel (BOP) <d1flores@bop.gov> |
| To | Stacy Scheff<stacy@schefflaw.com>, Suneel Chakravorty<suneel@suneelchakravorty.com>, Watson, Scotty (BOP) <s2watson@bop.gov> |
| CC | Cook, Clay (BOP) <c2cook@bop.gov>, Mitchell, Lorri (BOP) <l1mitchell@bop.gov>, Gregory Stoltz<greg@gstoltzlaw.com>, Joseph Tully<joseph@tully-weiss.com>, Faulk, Denise (USAAZ)<Denise.Faulk@usdoj.gov>, Ambri, Michael (USAAZ)<Michael.Ambri@usdoj.gov> |
| Date | Sunday, June 19th, 2022 at 1:21 PM |

We are unable to facilitate a legal visit today Sunday June 19th due to weekend vising hours for general population.
We will coordinate a legal call with Mr. Chakravorty, tomorrow  Monday June 20th.
Please provide a time to initiate the call and duration time of the call.

---

**From:** Stacy Scheff <stacy@schefflaw.com>
**Sent:** Sunday, June 19, 2022 9:32 AM
**To:** Suneel Chakravorty <suneel@suneelchakravorty.com>
**Cc:** Cook, Clay (BOP) <c2cook@bop.gov>; Mitchell, Lorri (BOP) <l1mitchell@bop.gov>; Flores, Daniel (BOP) <d1flores@bop.gov>; Gregory Stoltz <greg@gstoltzlaw.com>; Joseph Tully <joseph@tully-weiss.com>; Faulk, Denise (USAAZ) <DFaulk@usa.doj.gov>; Ambri, Michael (USAAZ) <MAmbri@usa.doj.gov>
**Subject:** [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Keith Raniere - Emergency visit for Suneel Chakravorty

Please advise asap if Mr. Stoltz will be able to visit today with the documents.
Also, please advise if Mr. Chakravorty can have an additional call tomorrow.
--
Stacy Scheff
Law Office of Stacy Scheff
P.O. Box 40611
Tucson, AZ 85717-0611
(520) 471-8333
FAX: (520) 300-8033

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information contained in this message is privileged. It is intended only to be read by the individual or entity addressed or their designee. If the reader of this message is not the intended recipient, you are on notice that any distribution

of this message, in any form, is prohibited. If you have received this message in error, please immediately notify the sender and delete or destroy any copy of this message.

On Fri, Jun 17, 2022 at 4:00 PM Suneel Chakravorty <suneel@suneelchakravorty.com> wrote:

> Dear Mr. Cook:
>
> Thank you very much for accommodating this emergency request.
>
> (520) 261-5461 is the best number for the facility to reach me for the legal call.
>
> In case there are any technical issues with the call, is there a facility official whom I could email and/or call on the day of?
>
> Best,
> Suneel
>
> —
> Suneel Chakravorty
> 561-676-2956
> https://www.linkedin.com/in/suneelchakravorty/
>
> ------- Original Message -------
> On Friday, June 17th, 2022 at 6:02 PM, Stacy Scheff <stacy@schefflaw.com> wrote:
>
>> That would tend to indicate that the Warden does not consider Mr. Chakravorty to be a threat, therefore a visit should also be allowed. Additionally, you are able to schedule the call for Mr. Chakravorty today, why can't you schedule the visit for Mr. Stoltz also? Obviously someone has access to the schedule and can accommodate before the very last minute.
>> --
>> Stacy Scheff
>> Law Office of Stacy Scheff
>> P.O. Box 40611
>> Tucson, AZ 85717-0611
>> (520) 471-8333
>> FAX: (520) 300-8033
>>
>> ATTORNEY-CLIENT PRIVILEGED COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information contained in this message is privileged. It is intended only to be read by the individual or entity addressed or their designee. If the reader of this message is not the intended recipient, you are on notice that any distribution of this message, in any form, is prohibited. If you have received this message in error, please immediately notify the sender and delete or destroy any copy of this message.
>>
>> On Fri, Jun 17, 2022 at 2:59 PM Cook, Clay (BOP) <c2cook@bop.gov> wrote:

The Warden decided to permit a legal call between Mr. Chakravorty and Mr. Raniere in his discretion.

Mr. Stoltz had three legal visits this week alone with Mr. Raniere, with the most recent one occurring today. This new legal visit request will have to await Counselor Flores's return on Sunday to see if he is able to accommodate a legal visit that morning. Thanks.

CCC

**Clay C. Cook**
Supervisory Attorney

United States Department of Justice
Federal Bureau of Prisons
Phoenix Consolidated Legal Center
37900 North 45th Avenue
Phoenix, AZ 85086
Office: (623) 465-5120
E-Mail: c2cook@bop.gov
clay.cook@usdoj.gov

---

**From:** Stacy Scheff <stacy@schefflaw.com>
**Sent:** Friday, June 17, 2022 2:49 PM
**To:** Cook, Clay (BOP) <c2cook@bop.gov>
**Cc:** Flores, Daniel (BOP) <d1flores@bop.gov>; Mitchell, Lorri (BOP) <l1mitchell@bop.gov>; Gregory Stoltz <greg@gstoltzlaw.com>; Suneel Chakravorty <suneel@suneelchakravorty.com>; Joseph Tully <joseph@tully-weiss.com>; Faulk, Denise (USAAZ) <DFaulk@usa.doj.gov>; Ambri, Michael (USAAZ) <MAmbri@usa.doj.gov>
**Subject:** [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Keith Raniere - Emergency visit for Suneel Chakravorty
Hi Clay,
Please explain the reasoning for allowing a call but not a visit.
Mr. Chakravorty will provide the number for the call.
Also, Mr. Stoltz will need a visit in the morning to deliver the paperwork for the call with Mr. Chakravorty.
--
Stacy Scheff
Law Office of Stacy Scheff
P.O. Box 40611
Tucson, AZ 85717-0611
(520) 471-8333
FAX: (520) 300-8033

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information contained in this message is privileged. It is intended only to be read by the individual or entity addressed or their designee. If the reader of this message is not the intended recipient, you are on notice that any

distribution of this message, in any form, is prohibited. If you have received this message in error, please immediately notify the sender and delete or destroy any copy of this message.

On Fri, Jun 17, 2022 at 2:44 PM Cook, Clay (BOP) <c2cook@bop.gov> wrote:

> The legal call has been confirmed for Sunday from 1 p.m. to 3 p.m. Mr. Raniere will have to be present in his cell for count time thereafter. Please provide the best phone number to use to facilitate the legal call. Thanks.
>
> CCC
>
> **Clay C. Cook**
> Supervisory Attorney
>
> United States Department of Justice
> Federal Bureau of Prisons
> Phoenix Consolidated Legal Center
> 37900 North 45th Avenue
> Phoenix, AZ 85086
> Office: (623) 465-5120
> E-Mail: c2cook@bop.gov
> clay.cook@usdoj.gov
>
> ---
>
> **From:** Stacy Scheff <stacy@schefflaw.com>
> **Sent:** Friday, June 17, 2022 2:20 PM
> **To:** Cook, Clay (BOP) <c2cook@bop.gov>
> **Cc:** Flores, Daniel (BOP) <d1flores@bop.gov>; Mitchell, Lorri (BOP) <l1mitchell@bop.gov>; Gregory Stoltz <greg@gstoltzlaw.com>; Suneel Chakravorty <suneel@suneelchakravorty.com>; Joseph Tully <joseph@tully-weiss.com>; Faulk, Denise (USAAZ) <DFaulk@usa.doj.gov>; Ambri, Michael (USAAZ) <MAmbri@usa.doj.gov>
> **Subject:** [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Keith Raniere - Emergency visit for Suneel Chakravorty
> Please explain the reason for this.
> We will need 4 hours. From 1 to 5pm Arizona time.
>
> --
> Stacy Scheff
> Law Office of Stacy Scheff
> P.O. Box 40611
> Tucson, AZ 85717-0611
> (520) 471-8333
> FAX: (520) 300-8033
>
> ATTORNEY-CLIENT PRIVILEGED COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information contained in this message is privileged. It is intended only to be read by the individual or entity addressed or their designee. If the reader of this message is not the intended recipient, you are on

notice that any distribution of this message, in any form, is prohibited. If you have received this message in error, please immediately notify the sender and delete or destroy any copy of this message.

On Fri, Jun 17, 2022 at 2:15 PM Cook, Clay (BOP) <c2cook@bop.gov> wrote:

> Mr. Chakravorty will not be allowed a legal visit, with or without an accompanying attorney. Please advise on a time/duration for the legal call on Sunday if that is what you choose. Thanks.
>
> CCC
>
> **Clay C. Cook**
> Supervisory Attorney
>
> United States Department of Justice
> Federal Bureau of Prisons
> Phoenix Consolidated Legal Center
> 37900 North 45th Avenue
> Phoenix, AZ 85086
> Office: (623) 465-5120
> E-Mail: c2cook@bop.gov
> clay.cook@usdoj.gov
>
> ---
>
> **From:** Stacy Scheff <stacy@schefflaw.com>
> **Sent:** Friday, June 17, 2022 2:04 PM
> **To:** Cook, Clay (BOP) <c2cook@bop.gov>; Gregory Stoltz <greg@gstoltzlaw.com>
> **Cc:** Flores, Daniel (BOP) <d1flores@bop.gov>; Mitchell, Lorri (BOP) <l1mitchell@bop.gov>; Suneel Chakravorty <suneel@suneelchakravorty.com>; Joseph Tully <joseph@tully-weiss.com>; Faulk, Denise (USAAZ) <DFaulk@usa.doj.gov>; Ambri, Michael (USAAZ) <MAmbri@usa.doj.gov>
> **Subject:** [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Keith Raniere - Emergency visit for Suneel Chakravorty
>
> There is paperwork that needs to be exchanged.
>
> Would it be possible to have Mr. Stoltz or myself accompany Mr. Chakravorty on the visit?
>
> --
> Stacy Scheff
> Law Office of Stacy Scheff
> P.O. Box 40611
> Tucson, AZ 85717-0611
> (520) 471-8333
> FAX: (520) 300-8033

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information contained in this message is privileged. It is intended only to be read by the individual or entity addressed or their designee. If the reader of this message is not the intended recipient, you are on notice that any distribution of this message, in any form, is prohibited. If you have received this

message in error, please immediately notify the sender and delete or destroy any copy of this message.

On Fri, Jun 17, 2022 at 2:01 PM Stacy Scheff <stacy@schefflaw.com> wrote:

Thank you. We will discuss and get back to you asap.

Please explain why a call is acceptable but a visit is not.

--
Stacy Scheff
Law Office of Stacy Scheff
P.O. Box 40611
Tucson, AZ 85717-0611
(520) 471-8333
FAX: (520) 300-8033

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The information contained in this message is privileged. It is intended only to be read by the individual or entity addressed or their designee. If the reader of this message is not the intended recipient, you are on notice that any distribution of this message, in any form, is prohibited. If you have received this message in error, please immediately notify the sender and delete or destroy any copy of this message.

On Fri, Jun 17, 2022 at 1:58 PM Cook, Clay (BOP) <c2cook@bop.gov> wrote:

Ms. Scheff,

The Warden has denied the request for a legal visit for Mr. Chakravorty.

In lieu of the legal visit, the Warden will permit a legal call on Sunday, June 19th, between Mr. Chakravorty and Mr. Raniere. If this is acceptable for you, please let me know the requested time and duration for the legal call. Thanks.

CCC

**Clay C. Cook**
Supervisory Attorney

United States Department of Justice
Federal Bureau of Prisons
Phoenix Consolidated Legal Center
37900 North 45th Avenue
Phoenix, AZ 85086
Office: (623) 465-5120
E-Mail: c2cook@bop.gov
clay.cook@usdoj.gov

**From:** Stacy Scheff <stacy@schefflaw.com>
**Sent:** Friday, June 17, 2022 1:08 PM
**To:** Cook, Clay (BOP) <c2cook@bop.gov>
**Cc:** Flores, Daniel (BOP) <d1flores@bop.gov>; Mitchell, Lorri (BOP) <l1mitchell@bop.gov>; Suneel Chakravorty <suneel@suneelchakravorty.com>; Joseph Tully <joseph@tully-weiss.com>; Faulk, Denise (USAAZ) <DFaulk@usa.doj.gov>; Ambri, Michael (USAAZ) <MAmbri@usa.doj.gov>
**Subject:** [EXTERNAL] Re: [EXTERNAL] Re: [EXTERNAL] Keith Raniere - Emergency visit for Suneel Chakravorty

This does not require a formal background check. Regardless you now have the form. Please approve the visit for Sunday

On Fri, Jun 17, 2022 at 1:06 PM Cook, Clay (BOP) <c2cook@bop.gov> wrote:

> 28 CFR 543.16(b)(3) and Program Statement 1315.07 at p. 19. "The Warden may required each assistant to fill out and sign a personal history statement . . . ." Also, "If necessary to maintain security or good order in the institution, the Warden may prohibit a legal assistant from visiting or corresponding with an inmate."
>
> Given Mr. Chakravorty's history of being denied social visitation and social telephone privileges with Mr. Raniere at two separate BOP institutions, the NCIC form is also being required so that a formal background check can be completed.
>
> CCC
>
> **Clay C. Cook**
> Supervisory Attorney
>
> United States Department of Justice
> Federal Bureau of Prisons
> Phoenix Consolidated Legal Center
> 37900 North 45th Avenue
> Phoenix, AZ 85086
> Office: (623) 465-5120
> E-Mail: c2cook@bop.gov
> clay.cook@usdoj.gov

---

**From:** Stacy Scheff <stacy@schefflaw.com>
**Sent:** Friday, June 17, 2022 12:47 PM
**To:** Cook, Clay (BOP) <c2cook@bop.gov>
**Cc:** Flores, Daniel (BOP) <d1flores@bop.gov>; Mitchell, Lorri (BOP) <l1mitchell@bop.gov>; Suneel Chakravorty <suneel@suneelchakravorty.com>; Joseph Tully <joseph@tully-weiss.com>; Faulk, Denise (USAAZ) <DFaulk@usa.doj.gov>; Ambri, Michael (USAAZ) <MAmbri@usa.doj.gov>

**Subject:** [EXTERNAL] Re: [EXTERNAL] Keith Raniere - Emergency visit for Suneel Chakravorty

We are not asking for a personal visit. We are asking for a legal visit. Please direct us to the policy that requires an NCIC check for a legal visit.

On Fri, Jun 17, 2022 at 12:44 PM Cook, Clay (BOP) <c2cook@bop.gov> wrote:

> In addition to this form, Mr. Chakravorty also needs to fill out the NCIC form so that his background check can happen. The NCIC form is located on the BOP website under Forms. Thanks.
>
> CCC
>
> **Clay C. Cook**
> Supervisory Attorney
>
> United States Department of Justice
> Federal Bureau of Prisons
> Phoenix Consolidated Legal Center
> 37900 North 45th Avenue
> Phoenix, AZ 85086
> Office: (623) 465-5120
> E-Mail: c2cook@bop.gov
> clay.cook@usdoj.gov
>
> ───────────────────────────────
>
> **From:** Stacy Scheff <stacy@schefflaw.com>
> **Sent:** Friday, June 17, 2022 12:23 PM
> **To:** Flores, Daniel (BOP) <d1flores@bop.gov>; Mitchell, Lorri (BOP) <l1mitchell@bop.gov>; Cook, Clay (BOP) <c2cook@bop.gov>; Suneel Chakravorty <suneel@suneelchakravorty.com>; Joseph Tully <joseph@tully-weiss.com>; Faulk, Denise (USAAZ) <DFaulk@usa.doj.gov>; Ambri, Michael (USAAZ) <MAmbri@usa.doj.gov>
> **Subject:** [EXTERNAL] Keith Raniere - Emergency visit for Suneel Chakravorty
> Dear all,
> Pursuant to the language in BP-a0242 authorizing an "immediate" visit based on "extraordinary circumstances" we request expedited review of Mr. Chakravorty's information and that he be allowed to visit with Mr. Raniere on Sunday 6\19\2022.
> Mr. Chakravorty will be flying in from Miami to assist with final details on Mr. Raniere's urgent Rule 33 motion that must be filed by Monday 6\20\2022.
> Please find the BP AO243 form attached.
>
> **Please respond immediately.**
>
> --
> Stacy Scheff
> Law Office of Stacy Scheff
> P.O. Box 40611

Tucson, AZ 85717-0611
(520) 471-8333
FAX: (520) 300-8033

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION AND/OR ATTORNEY WORK PRODUCT.
The information contained in this message is privileged. It is intended only to be read by the
individual or entity addressed or their designee. If the reader of this message is not the
intended recipient, you are on notice that any distribution of this message, in any form, is
prohibited. If you have received this message in error, please immediately notify the sender
and delete or destroy any copy of this message.
--
--
Stacy Scheff
Law Office of Stacy Scheff
P.O. Box 40611
Tucson, AZ 85717-0611
(520) 471-8333
FAX: (520) 300-8033

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The
information contained in this message is privileged. It is intended only to be read by the
individual or entity addressed or their designee. If the reader of this message is not the intended
recipient, you are on notice that any distribution of this message, in any form, is prohibited. If
you have received this message in error, please immediately notify the sender and delete or
destroy any copy of this message.
--
--
Stacy Scheff
Law Office of Stacy Scheff
P.O. Box 40611
Tucson, AZ 85717-0611
(520) 471-8333
FAX: (520) 300-8033

ATTORNEY-CLIENT PRIVILEGED COMMUNICATION AND/OR ATTORNEY WORK PRODUCT. The
information contained in this message is privileged. It is intended only to be read by the individual
or entity addressed or their designee. If the reader of this message is not the intended recipient,
you are on notice that any distribution of this message, in any form, is prohibited. If you have
received this message in error, please immediately notify the sender and delete or destroy any
copy of this message.