# EXHIBIT 3

**U.S. Department of Justice**  
Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

~~***~~ Filed under 28 CFR 115.52f - Imminent Threat of Harm ~~***~~

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal. NOTE: Regional Office did not respond.

From: **Raniere, Keith, A**    **57005-177**    **C-1 (A SHU)**    **USP Tucson**
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL**  I filed an imminent danger sensitive BP-9 on 2/8/23: ① I am in imminent danger (see below) ② I am being silenced: I have had my legal mail opened, analyzed, and ~~copies made/sent to others~~. I've had mail and pictures sent to me, intercepted, and no answer given (after multiple requests over a year) as to if they were lost or being held. I have had my account "scrubbed" - not just blocked, where my contacts, including my attorneys, were erased. I've had all my visitors eliminated, and my attorney visits and calls greatly regulated and reduced. ③ I have been told by my unit team, because of my legal visits and legal calls - "anything legal!" - I am recommended for transfer to CMU (since I have no visitors, this is to limit my attorneys and access to the courts.) This will further silence and endanger me. Background: I was attacked by another inmate 7/26/22, placed in the S.H.U., the inmate who assaulted me was transferred. S.I.S. interviewed me 8/2/22, said I was a victim. My DHO hearing expunged my shot 8/9 (formally 8/15), my S.I.S. investigation ended 8/26 and I was cleared by both to go back to GP. Suddenly, my paperwork was "rerouted" - I was told by several Lt's it just needed an error corrected and resigned. I never was returned to GP. S.I.S. reopened an investigation 9/20, extended it until 11/4, and now they are trying to transfer me to CMU.

    I am a high-profile political case. I have been framed (see Alan Dershowitz press conference on 10/6/22 and the 5/22 rule 33 motion on the ~~dkt.~~ docket.) I am labeled as a sex-cult leader of Hollywood actresses and an abuser of women. Shortly after I was approved to go back to GP, an intersex woman down-range was beaten and raped. She went to the hospital, and He was placed on suicide watch for 24 hours. (continued on enclosed page)

2/17/23           Keith Alan Raniere  
DATE          SIGNATURE OF REQUESTER

**Part B - RESPONSE**

---

DATE            GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE       CASE NUMBER: _____

**Part C - RECEIPT**          CASE NUMBER: _____

Return to: _____  
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE           SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

BP-231(13)

(continued from form) She is supposed to be single-celled and is known to be very violent, has 45 PREAs on other inmates and claims (and is on record saying) she will kill any sex-offender cell-mate. I am currently labeled as a sex-offender. On 9/8/22 she was placed in my cell. This was dangerous, crazy, and malicious. The next day both she and I were taken from our cell, by the Warden, SIA, Executive Secretary, and others, and placed in 2 cages, in a cell with 19 streaks of feces on the wall and 2 piles on the floor. We were forced to eat lunch there and kept there for over 4 hours. The law is clear that similarly situated inmates must be treated alike. The Equal Protection Clause which ensures that similarly situated persons are treated alike, applies to prisoners. See Turner v. Safley 482 U.S. 78, 84 (1987); Plyler v. Doe 457 U.S. 202, 216 (1982). Thus, prisoners may not be subjected to invidious discrimination. See Lee v. Washington, 390 U.S. 333 (1968) (per curiam).

Last week my cellie's hormone meds were not renewed. She became highly unstable, violent, and escalating. Staff did nothing to help. Psychology would not see her. Her meds have now been "temporarily" extended for 30 days, yet nothing is being done for the future — except this week she was designated. She is highly agitated and fears rape, violence and murder. I am deeply concerned for her fate, and also who my next cell-mate will be, for I am not safe in the S.H.U. with a cell-mate (even the emergency button is not answered.)

It is wrongful that at this facility, Administrative Detention is the same as Disciplinary Detention — even staff and the Executive team state this. It is undeniable. This is a safety risk to me, inhumane, and directly violates the above mentioned law and principles. It also continues to interfere with my access to attorneys, participation in my cases and access to the courts. My Unit Team informed me that I am being recommended for transfer to CMU. Since I have no visiting privileges, this can only be to further limit legal access. This will silence me more. This is wrongful. This will endanger my life more because I am a high-profile, labeled sex-offender, who is a trophy target. The B.O.P.'s past handling of Whitey Bulger, and Jeffery Epstein (and many others most not popular) underline this risk. I have done nothing to be held, against my wishes, in the S.H.U. for the past 7 months, nothing to now be recommended for transfer — especially to the CMU — and nothing to deserve being placed in harm's way or possibly killed (by staff, the negligence of staff, or through staff malice executed by inmates.)

I am concerned for my well-being even filing this: We have 7 highly esteemed National Computer forensics experts (4 former F.B.I. computer forensics experts) with absolutely conclusive data the FBI planted and tampered with essential evidence, and committed a series of crimes against me of historical magnitude. It is also shown the prosecution, and possibly judges, were involved in these criminal actions and more.

Here is what concerns me besides the history of my improper treatment by the B.O.P.: Merrit Garland gave an award to these agents who committed these crimes for their performance in my case. Merrit Garland is also the ultimate boss of the B.O.P. (other than the President.)

Am I to hope, even with the past wrong-doing of the B.O.P. to me, the B.O.P.'s many false statements to court in my civil case, multiple provably false internal memos and reports, and this final effort to silence me further (and likely hurt or kill me) by trying to transfer me to CMU, that the administrative remedy process will protect me, and bring me safety and justice?

This is why I am concerned for my safety and life just filing this.

Proposed resolution: Immediately return me to my original unit in GP and ensure no inappropriate actions towards me, by staff, either directly or indirectly through inmates, occur (staff frequently inspire or facilitate inmate violence), or keep me in the S.H.U. single-celled if absolutely necessary, or lower my management variable and transfer me to a low level (or camp / home confinement) facility from which I can adequately fight this corruption and obtain justice in my case. Please immediately make me humanely safe.

Thank you.

* Imminent Threat — 4 prongs: 1) My current cell-mate. Please notice case 4:21-cv-00506-TUC-SHR, Affidavits of Nevaeh Olivia Knobelock AKA Bryson L. Knobelock, # 14166-025 signed 10/23/21 and 11/11/21. Considering the B.O.P.'s view and records on both my cellie, Ms. Toni Fly, and myself, it was solely with the expectation of harm that we were placed together. If there is a white supremacist, who has vowed to kill any black man with whom he cells, what would you consider the act of celling him with a black man — especially when other cells are open? Similarly with my situation. My current cellie is becoming increasingly unstable having violent, suicidal and homicidal ideations. Some staff enjoy her instability and mock her increasing the escalation. This is dangerous. On 2/17 we were moved in cell rotation from the closest cell to staff on the range (and closest to aid if needed) to the furthest isolated cell in the back of the range. During the past 7 months in the front of the range, I have never been moved more than 2 cells. Several C.O.'s expressed surprise. This endangers me even more. 2) My cellie is leaving. B.O.P. transfers can happen on a moment's notice — and both she and I have been transferred "off-schedule" in the past. Notably, I was transferred, off-schedule, to here. I tested positive for Covid at Lewisberry then Rush shipped. Over 200 inmates were exposed to me in close proximity — but my records temporarily said I was covid negative. (I asked at Oklahoma), the night I arrived here I once again tested positive. 3) Transferring me into danger. The CMU, an active yard, or even another USP or Medium, can mean death for me like Whitey Bulger. I was assaulted (it appears staff inspired), my attacker was shipped. I'm not going immediately back to GP once I was cleared by S.I.S. and D.H.O. is sinister. 4) B.O.P.'s handling of me, over the past 5 years here are many instances where B.O.P. was used as a tool for wrongful treatment. The corruption in my case is shown to a scientific certainty by 7 top forensic experts (see Press Conference and motion 33 in my case). B.O.P. is a tool of the D.O.J. as is the F.B.I. and the prosecution — and can be corruptly, politically motivated. Please don't anymore be a tool used corruptly to damage, kill, or silence me. Please stop this corrupt, inhumane, inappropriate treatment now. Please act on this within 24 hours of receipt. My cellie may become violent, suicidal and/or start "running teams" amongst other things, this week out of instability and violent anger. I do not want any part of this, but as her cellie, I have to bear the crazy consequence no matter my compliance and obedience to C.O.'s. I have an asthmatic cough and risks death or serious complications from the pepper spray. An inmate in my unit at MDC, with asthma died by pepper spray.