# EXHIBIT 4



-------- Mensaje original --------
De: "Flores, Daniel (BOP)"
Fecha: 26/7/2022 10:48 a. m. (GMT-06:00)
A: "Jorge A. de la Garza C."
CC: "Hammond, Ryan (BOP)"
Asunto: Re: Raniere visit

Mr. de la Garza,

At this time our legal department has approved to facilitate a legal call with IM Raniere through the Mexican Consulate Office. Please coordinated with the Consulate, and notify our office so we can make proper arrangements. Thank you.

---

**From:** Jorge A. de la Garza C.
**Sent:** Monday, July 25, 2022 10:37 AM
**To:** Flores, Daniel (BOP)
**Subject:** [EXTERNAL] RE: Raniere visit

Good morning Mr. Flores. Any news on my request? Thanks.

Enviado desde mi Samsung Mobile de Telcel



**From:** Joseph Daugherty
**Sent:** Monday, August 1, 2022 3:26 PM
**To:** Daniel Flores (Other) XXXXXXXXX; Thomas Ashworth (Other) XXXXXXXXX
**Cc:** Watson, Scotty (BOP) XXXXXXXXX; Jorge A. de la Garza C. XXXXXXXXX; Joseph Tully XXXXXXXXX
**Subject:** Attorney Visit for Jorge de la Garza

Counselors Flores and Ashworth,

Attorney, Jorge de la Garza, is now working under Tully & Weiss Attorneys at Law. Mr. Garza's law license (cedula professional) and personal identification (pasaporte) are attached. Mr. Garza's license to practice law can be verified by contacting the Secretaria de Educación Pública located at:

Republic of Argentina #28,
Historic Center, Mexico City. CP 06020
Telephone: (55) 36017599 Citizen
Service: (01800) 288 6688.
Service hours from 8:00 a.m. to 8:00 p.m. (CDT)
https://www.gob.mx/sep/es/#1195

We need to arrange a day and time for Mr. Garza to have an attorney visit to discuss the legal matters that Mr. Garza was specifically retained to handle. When is the soonest date and time that we can schedule an attorney visit with Mr. Raniere and Mr. Garza?

Very truly yours,

# Joseph P. Daugherty

Joseph P. Daugherty
Tully & Weiss Attorneys at Law
Criminal Defense Attorney



[text redacted]



[text redacted]

**NOTICE TO RECIPIENT**:  If you are not the intended recipient of this e-mail, you are prohibited from sharing, copying, or otherwise using or disclosing its contents.  If you have received this e-mail in error, please notify the sender immediately by reply e-mail and permanently delete this e-mail and any attachments without reading, forwarding or saving them. Thank you.

003

**732.17 KB**   2 files attached1 embedded image

| image001.jpg 84.83 KB | Cedula Profesional JDGC.pdf 368.02 KB | Pasaporte Jorge de la Garza.pdf 279.33 KB |



**SECRETARÍA DE EDUCACIÓN PÚBLICA**
DIRECCIÓN GENERAL DE PROFESIONES

CÉDULA  1910629

EN VIRTUD DE QUE

JORGE ALBERTO
DE LA GARZA
CADENA

CURP: GACJ670807HNLRDR00

CUMPLIÓ CON LOS REQUISITOS EXIGIDOS POR LA LEY REGLAMENTARIA DEL ARTÍCULO 5o. CONSTITUCIONAL RELATIVO AL EJERCICIO DE LAS PROFESIONES EN EL DISTRITO FEDERAL Y SU REGLAMENTO, SE LE EXPIDE EN EDUCACIÓN DE TIPO SUPERIOR LA

**CÉDULA**

PERSONAL CON EFECTOS DE PATENTE PARA EJERCER PROFESIONALMENTE EN EL NIVEL DE

**LICENCIATURA EN**

DERECHO

VÍCTOR EVERARDO BELTRÁN CORONA
DIRECTOR GENERAL DE PROFESIONES

# Re: Keith Raniere

| | |
|---|---|
| From | Flores, Daniel (BOP) |
| To | Jorge A. de la Garza C. |
| CC | Alan Dershowitz, Suneel Chakravorty |
| Date | Wednesday, August 10th, 2022 at 5:08 PM |

The Warden has determined that a visit is not appropriate at this time. You may appeal the Warden's decision pursuant to 28 C.F.R. § 543.14(d).

**From:** Jorge A. de la Garza C.
**Sent:** Sunday, August 7, 2022 11:40 AM
**To:** Flores, Daniel (BOP)
**Cc:**
**Subject:** [EXTERNAL] RE: Keith Raniere


Am I a threat to "the security of the institution"? Please have the Warden elaborate on that for me. I simply don't understand what a threat I may be......So, you are implying I have to go to court with a judge to allow me just to TALK with an inmate??????? Sorry but I feel this is completely a cover-up of "something". Orchestrated by who knows who.....If I need a bodyguard to accompany me, I can find someone. Let me know please ASAP.


Enviado desde mi Samsung Mobile de Telcel



-------- Mensaje original --------
De: "Flores, Daniel (BOP)"
Fecha: 7/8/2022 12:45 p. m. (GMT-06:00)
A: "Jorge A. de la Garza C."
Asunto: Re: Keith Raniere

We will not be able to facilitate a visit between you and Mr. Raniere. The Warden has reviewed your request and determined that a visit is not appropriate at this time, based on the safety and security of the institution.

**From:** Jorge A. de la Garza C.
**Sent:** Saturday, August 6, 2022 9:33 AM
**To:** Flores, Daniel (BOP)

**Subject:** [EXTERNAL] Keith Raniere

Mr. Flores:

Can you please respond to my emails regarding access for legal visits with Mr. Keith Raniere. Its been almost 11 weeks that I have been trying to get this matter approved. I really don't understand the opposition. The Mexican Consulate, as you suggested, cannot and will not intervene for a US citizen prisoner on my behalf. I have asked to speak to your legal team with no response. I have inquired about my involvement with the firm of Tully & Weiss firm with no response. Just no response at all. Do I have to go to court to get approval for legal visits? I just don't understand the standing on this by BOP. I am now a sub-contracted attorney by the firm of Tully & Weiss for Mexican family legal matters of Mr. Raniere. This firm is approved by BOP for legal visits with Mr. Raniere. Is this enough? Please respond at least. No response means no will to help. If this is the case, please let me know. I enclose AGAIN my credentials. Thanks.



Jorge A. de la Garza C.
Socio

Moll Del Valle Despacho 1215
Calzada del Valle 400 Ote.
Col. Del Valle, C.P. 66220
San Pedro Garza García, N.L.

**23.39 KB** 1 embedded image

image001.png 23.39 KB