Stacy Scheff
LAW OFFICE OF STACY SCHEFF
P.O. Box 40611, Tucson, AZ 85717-0611
(520) 471-8333 • FAX (520) 300-8033
stacy.scheff@gmail.com
State Bar No. 028364
*Counsel for Plaintiff*

## DISTRICT COURT FOR THE UNITED STATES
## DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere, | Case No.: 4:22-cv-00561-JCH-PSOT |
| Plaintiff, | |
| v. | **AFFIDAVIT OF SERVICE** |
| Merrick Garland, US Attorney General; Collette S. Peters, Director, Federal Bureau of Prisons; Warden USP Tucson, Anthony Gallion, (all in their official capacities), | |
| Defendants | |

I, Joseph Alvarez, declare under penalty of perjury that the following is true and correct:

Pursuant to F.R.Civ.P. 4(i)(2), on 3/1/2023, I served the Complaint, Motion for Preliminary Injunction, Screening Order, and Summons in the matter of Case Number: 4:22-cv-00561-JCH-PSOT, upon Mark Gutierrez, the Warden of USP Tucson; Officer Anthony Gallion; Collette S. Peters, Director of the Bureau of Prisons; The Honorable Merrick Garland, Attorney General of the United States of America via Ms. Jean King, who is designated by law to accept service of process on behalf of the United States of America, at the US Attorney's Office 405 W Congress St Suite 4800 Tucson, AZ, 85701.

I declare that this service was done in accordance with the applicable laws and

1 | regulations.

DATED this 1st day of March, 2023 by

_____
JOSEPH ALVAREZ
Office Manager

Law Office of Stacy Scheff