# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere,<br><br>          Plaintiff,<br><br>     vs.<br><br>Merrick Garland, et al.,<br><br>          Defendants. | CV-22-00561-TUC-RCC<br><br>**ORDER** |

Defendants Garland, Peters, Gutierrez and Ulrich, having filed a Motion to Strike Plaintiff's Reply in Support of Motion for Preliminary Injunction and good cause appearing,

IT IS ORDERED granting the motion.

IT IS FURTHER ORDERED that the Clerk will strike Plaintiff's Reply in Support of Motion for Preliminary Injunction (Doc. 20) from the record.