# DISTRICT COURT FOR THE UNITED STATES
## DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere, | Case No.: 4:22-cv-00561-RCC-PSOT |
| Plaintiff, | |
| v. | |
| Merrick Garland, US Attorney General; Michael Carvajal, Director Federal Bureau of Prisons; Danon Colbert, Warden USP Tucson, Anthony Gallion (all in their official capacities), | **PROPOSED ORDER** |
| Defendants | |

On Motion by Plaintiff, and good cause appearing,

IT IS ORDERED Plaintiff's Motion for Excess Pages is GRANTED,

Defendants' Motion to Strike is DENIED.