Stacy Scheff
LAW OFFICE OF STACY SCHEFF
P.O. Box 40611, Tucson, AZ 85717-0611
(520) 471-8333 • FAX (520) 300-8033
stacy@ScheffLaw.com
State Bar No. 028364
*Counsel for Plaintiff*

**DISTRICT COURT FOR THE UNITED STATES**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Keith Raniere,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Merrick Garland, US Attorney General; Michael Carvajal, Director Federal Bureau of Prisons; Danon Colbert, Warden USP Tucson, Anthony Gallion (all in their official capacities),<br><br>　　　　Defendants | Case No.: 4:22-cv-00561-RCC-PSOT<br><br>**INDEX OF EXHIBITS TO PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION.** |

1. Affidavit of Suneel Chakravorty RE: MDC NY Events + Attachments.

2. Emails and Documents Showing Chakravorty Paralegal Status.

3. A Recent Emergency Grievance Regarding Present Danger and Injuries to Plaintiff.

4. Emails and Documents Showing De La Garza Attorney Status.

5. Affidavit of Suneel Chakravorty RE: Martial Language.

6. Recent Affidavits From Plaintiff and Cellmate Toni Fly RE: Conditions and Present Danger to Plaintiff.