1  Stacy Scheff
   LAW OFFICE OF STACY SCHEFF
2  P.O. Box 40611, Tucson, AZ 85717-0611
   (520) 471-8333  •  FAX (520) 300-8033
3  stacy.scheff@gmail.com
   State Bar No. 028364
4  *Counsel for Plaintiff*

### DISTRICT COURT FOR THE UNITED STATES

5
### DISTRICT OF ARIZONA

6  Keith Raniere,                                    Case No.: 4:22-cv-00561-JCH-PSOT

7           Plaintiff,

8  v.                                                **CERTIFICATE OF MAILING**

9  Merrick Garland, US Attorney General;
   Collette S. Peters, Director, Federal
10 Bureau of Prisons; Warden USP Tucson,
   Anthony Gallion, (all in their official
11 capacities),

12         Defendants

        I, Joseph Alvarez, declare under penalty of perjury that the following is true and
13
   correct:
14
        Pursuant to F.R.Civ.P. 4(i)(1)(B), on 3/16/2023, I caused these documents to be
15
   mailed via certified mail. The documents sent include the Complaint, Motion for
16
   Preliminary Injunction, Screening Order, and Summons for each Defendant in the matter
17
   of Case Number: 4:22-cv-00561-JCH-PSOT, upon The Honorable Merrick Garland,
18
   Attorney General of the United States of America; at The Honorable Merrick Garland
19
   Attorney General of the United States of America U.S. Department of Justice 950
20
   Pensylvania Avenue, NW Wasington, DC 20530-0001.
21
        I declare that this was done in accordance with the applicable laws and
22

                                           1

1    regulations.

2

3            DATED this 16th day of March, 2023 by

4

5            JOSEPH ALVAREZ
             Office Manager
6
             Law Office of Stacy Scheff
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22