# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere, | No. CV-22-00561-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Merrick Garland, et al., | |
| Defendants. | |

Before the Court is Defendants' Motion to Strike Plaintiff's Reply in Support of Motion for Preliminary Injunction (Doc. 24) and Plaintiff's subsequent Motion to Exceed Pages *Nunc Pro Tunc* (Doc. 25).

> Federal courts may issue *nunc pro tunc orders*, or 'now for then' orders, to reflect the reality of what has already occurred[.] Such a decree presupposes a decree allowed, or ordered, but not entered, through inadvertence of the court. Put colorfully, *nunc pro tunc* orders are not some Orwellian vehicle for revisionist history - creating 'facts' that never occurred in fact. Put plainly, the court cannot make the record what it is not.

*In re Miller*, 620 B.R. 637, 640 (Bankr. E.D. Cal. 2020) (citation and quotation marks omitted).

Plaintiff believes he should be permitted to file an 18-page reply with over 200 pages of additional evidence. Plaintiff claims the bullet-pointed reply extended the page limit. (Doc. 25 at 2.) Plaintiff explained only how one piece of evidence addresses an issue raised in the response—Suneel Chakravorty's affidavit. (*Id.*)

Plaintiff did not request an extension of pages and gives no explanation why a *nunc pro tunc* Order is appropriate now. The Court will therefore deny the motion to exceed pages. Furthermore, the Court will not forage through the exhibits to speculate how Plaintiff's evidence addresses issues raised in Defendants' response. S*ee Indep. Towers of Wash. v. Wash.*, 350 F.3d 925, 929 (9th Cir. 2003) ("Judges are not like pigs, hunting for truffles buried in briefs.") (quoting *United States v. Dunkel*, 927 F.2d 955, 956 (7th Cir. 1991)). Thus, the Court will allow Plaintiff to file a conforming 11-page reply, permitting only the inclusion of Suneel Chakravorty's affidavit. Accordingly, IT IS ORDERED:

1) Defendants' Motion to Strike Plaintiff's Reply in Support of Motion for Preliminary Injunction is GRANTED. (Doc. 24.)
2) Plaintiff's subsequent Motion to Exceed Pages *Nunc Pro Tunc* is DENIED (Doc. 25).
3) The Clerk of Court shall STRIKE Plaintiff's Reply in Support of Motion for Preliminary Injunction. (Doc. 20)
4) Within seven days of the date of this Order, Plaintiff may file a conforming reply including Suneel Chakravorty's affidavit.

Dated this 20th day of March, 2023.

Honorable Raner C. Collins
Senior United States District Judge