Stacy Scheff
LAW OFFICE OF STACY SCHEFF
P.O. Box 40611, Tucson, AZ 85717-0611
(520) 471-8333  •  FAX (520) 300-8033
stacy@ScheffLaw.com
State Bar No. 028364
*Counsel for Plaintiff*

## DISTRICT COURT FOR THE UNITED STATES

## DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere, | Case No.: 4:22-cv-00561-RCC-PSOT |
| Plaintiff, | |
| v. | **INDEX OF EXHIBITS TO PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION.** |
| Merrick Garland, US Attorney General; Michael Carvajal, Director Federal Bureau of Prisons; Danon Colbert, Warden USP Tucson, Anthony Gallion (all in their official capacities), | |
| Defendants | |

1. **1.** Affidavit of Suneel Chakravorty RE: MDC NY Events + Attachments.

2. **2.** Emails and Documents Showing Chakravorty Paralegal Status.

3. **3.** A Recent Emergency Grievance Regarding Present Danger and Injuries to Plaintiff.

4. **4.** Emails and Documents Showing De La Garza Attorney Status.

5. **5.** Affidavit of Suneel Chakravorty RE: Martial Language.

6. **6.** Recent Affidavits From Plaintiff and Cellmate Toni Fly RE: Conditions and Present Danger to Plaintiff.