Stacy Scheff
LAW OFFICE OF STACY SCHEFF
P.O. Box 40611, Tucson, AZ 85717-0611
(520) 471-8333 • FAX (520) 300-8033
stacy.scheff@gmail.com
State Bar No. 028364
*Counsel for Plaintiff*

# DISTRICT COURT FOR THE UNITED STATES
## DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere, | Case No.: 4:22-cv-00561-JCH-PSOT |
| Plaintiff, | |
| v. | **AFFIDAVIT OF SERVICE** |
| Merrick Garland, US Attorney General; Collette S. Peters, Director, Federal Bureau of Prisons; Warden USP Tucson, Anthony Gallion, (all in their official capacities), | |
| Defendants | |

I, Joseph Alvarez, declare under penalty of perjury that the following is true and correct:

Pursuant to F.R.Civ.P. 4(i)(1)(B), on 3/16/2023, I caused these documents to be mailed via certified mail. The documents sent include the Complaint, Motion for Preliminary Injunction, Screening Order, and Summons for each Defendant in the matter of Case Number: 4:22-cv-00561-JCH-PSOT, upon The Honorable Merrick Garland, Attorney General of the United States of America; at The Honorable Merrick Garland Attorney General of the United States of America U.S. Department of Justice 950 Pensylvania Avenue, NW Wasington, DC 20530-0001by certified mail, by certified mail - USPS tracking number: 70212720000172452624, USPS.com shows this package was

1

delivered March 24, 2023.

I verified delivery of this certified mail package through the U. S. Postal Service website: USPS.com.

I declare that this service was done in accordance with the applicable laws and regulations.

DATED this 28th day of March, 2023 by

_____
JOSEPH ALVAREZ
Office Manager

Law Office of Stacy Scheff