# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere, | No. CV-22-00561-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Merrick Garland, et al., | |
| Defendants. | |

On March 22, 2023, the Court struck Plaintiff's Reply to the Motion for Preliminary Injunction and informed Plaintiff he could refile a conforming reply with "only the inclusion of Suneel Chakravorty's affidavit." (Doc. 29 at 2.) Plaintiff refiled the Reply with six exhibits attached, in violation of the Court's Order. (Docs. 30-2—30-7.)

IT IS ORDERED Plaintiff's Exhibits 2 through 6 in his Reply to the Motion for Preliminary Injunction are STRIKEN from the record. (Docs. 30-3—30-7.)

Dated this 13th day of April, 2023.

Honorable Raner C. Collins
Senior United States District Judge