Stacy Scheff
LAW OFFICE OF STACY SCHEFF
P.O. Box 40611, Tucson, AZ 85717-0611
(520) 471-8333  •  FAX (520) 300-8033
stacy@ScheffLaw.com
State Bar No. 028364
*Counsel for Plaintiff*

## DISTRICT COURT FOR THE UNITED STATES
## DISTRICT OF ARIZONA

| Keith Raniere, | Case No.: 4:22-cv-00561-RCC-PSOT |
|---|---|
| Plaintiff, | **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| Merrick Garland, *et. al.* | |
| Defendants | |

Plaintiff, via counsel, requests an extension of 60 days to respond to Defendants' Motion for Summary Judgment at Doc. 36.  The current deadline is today, May 31, 2023. The extended deadline will be July 31, 2023. The reason for the extension is that Plaintiff received information indicating that Defendant Warden Gutierrez was open to settlement negotiations.  The negotiations were unsuccessful.

Additionally, Plaintiff is asking for leave to conduct limited scope discovery regarding the facts asserted in Defendants' Motion.  If granted, the discovery will require additional time for gathering and responding to the requests before a response can be filed.

Undersigned reached out to opposing counsel for her position on this requests. Ms. Faulk has not responded regarding the extension of time.

//

1

DATED this 31st day of May, 2023 by

/s/Stacy Scheff
STACY SCHEFF
Attorney for Plaintiff

Delivered via ECF
to all registered parties