# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere, | No. CV-22-00561-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Merrick Garland, et al., | |
| Defendants. | |

    IT IS ORDERED GRANTING Plaintiff's Motion for Extension of Time to Respond to Motion for Summary Judgment. (Doc. 39.) Plaintiff may file a response to the Motion for Summary Judgment on or before July 31, 2023.

    Dated this 31st day of May, 2023.

_____
Honorable Raner C. Collins
Senior United States District Judge