1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere, | No. CV-22-00561-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Merrick Garland, et al., | |
| Defendants. | |

The Court has received a letter from Plaintiff's counsel, stating that counsel "will be disqualified from the practice of law" for six months and "will be withdrawing as counsel" from this case. However, counsel has not filed a motion to withdraw.

Pursuant to Local Rule of Civil Procedure 83.3(b),

> [N]o attorney shall be permitted to withdraw . . . as attorney of record in any pending action except by formal written order of the Court, supported by written application setting forth the reasons therefor together with the name, last known residence, and last known telephone number of the client, to all other parties or their attorneys.
>
> . . . .
>
> Where such application does not bear the written approval of the client, it shall be made by motion and shall be served upon the client and all other parties or their attorneys. The motion shall be accompanied by a certificate of the attorney making the motion that (A) the client has been notified in writing of the *status* of the case including the dates and times of any court hearings or trial settings, pending compliance with any existing court orders and the possibility of sanction, or (B) the client cannot be located or for whatever other reason cannot be notified of the pendency of the motion and

the status of the case.

Accordingly, IT IS ORDERED within seven days of the date of this order, counsel for Plaintiff shall file a proper motion to dismiss, complying with the requirements of LRCiv 83.3.

Dated this 26th day of June, 2023.

Honorable Raner C. Collins
Senior United States District Judge