Stacy Scheff
LAW OFFICE OF STACY SCHEFF
P.O. Box 40611, Tucson, AZ 85717-0611
(520) 471-8333 • FAX (520) 300-8033
stacy@ScheffLaw.com
State Bar No. 028364
*Counsel for Plaintiff*

# DISTRICT COURT FOR THE UNITED STATES
## DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere,<br><br>    Plaintiff,<br>v.<br><br>Merrick Garland, *et. al.*<br><br>    Defendants | Case No.: 4:22-cv-00561-RCC-PSOT<br><br>**MOTION TO WITHDRAW AS ATTORNEY** |

Undersigned seeks to withdraw from this case pursuant to L.R.Civ.P.83.3(b)(1), with approval of the client. The reason for the withdrawal is that undersigned is entering a term of the suspension of her law license. Undersigned has explained the term of suspension to Plaintiff, and he has agreed to consent to the withdrawal. Plaintiff's last known contact information is as follows:

Keith Raniere #57005-177
USP Tucson
US Penitentiary
P.O. Box 24550
Tucson, AZ 85734

DATED this 30th day of June, 2023 by

/s/Stacy Scheff
STACY SCHEFF
Attorney for Plaintiff

Delivered via ECF
to all registered parties

1