# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere, | No. CV-22-00561-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Merrick Garland, et al., | |
| Defendants. | |

    IT IS ORDERED GRANTING Plaintiff's counsel Stacy Scheff's Motion to Withdraw. (Doc. 45.) The Clerk of Court shall remove counsel's contact information and amend to show that Plaintiff Keith Raniere is proceeding pro se, addressing all future mailings to:

Keith Raniere #57005-177<br>
USP Tucson<br>
US Penitentiary<br>
P.O. Box 24550<br>
Tucson, AZ 85734

    Dated this 6th day of July, 2023.

_____
Honorable Raner C. Collins
Senior United States District Judge