UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| KEITH RANIERE,<br><br>        Plaintiff,<br><br>-against-<br><br>MERRICK GARLAND, ET AL.<br><br>        Defendants. | Case No. 4:22-cv-00561-RCC |

**NOTICE OF APPEARANCE OF COUNSEL**

PLEASE TAKE NOTICE, I, Arthur L. Aidala, undersigned counsel, hereby enter my appearance as counsel in this civil action on behalf of Plaintiff Keith Raniere.

I have been admitted to this Court pro hac vice since July 13, 2023.

Dated: July 26, 2023.

                  Respectfully submitted,

                  /s/ Arthur L. Aidala
                  Arthur L. Aidala, Esq.
                  Aidala, Bertuna & Kamins, P.C.
                  8118 13th Ave.
                  Brooklyn, NY 11228
                  718-238-9898
                  aidalaesq@aidalalaw.com