# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere,<br><br>    Plaintiff,<br><br>v.<br><br>Merrick Garland, et al.,<br><br>    Defendants. | No. CV-22-00561-TUC-RCC<br><br>**ORDER** |

Upon consideration of Plaintiff's Motion to Request an Extension of Deadline to File Response in Opposition to Defendants' Motion for Summary Judgment, it is hereby ORDERED that Plaintiff's Motion is GRANTED. (Doc. 48.) Plaintiff's response to Defendants' Motion for Summary Judgment shall be filed on or before September 18, 2023.

Dated this 28th day of July, 2023.

_____
Honorable Raner C. Collins
Senior United States District Judge