# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere, | No. CV-22-00561-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Merrick Garland, et al., | |
| Defendants. | |

Upon consideration of Plaintiff's Motion to Request an Extension of Deadline to File Response in Opposition to Defendants' Motion for Summary Judgment, it is hereby ORDERED that Plaintiff's Motion is GRANTED. (Doc. 52.) Plaintiff shall file his Response in Opposition to Defendants' Motion for Summary Judgment on or before October 16, 2023.

Dated this 18th day of September, 2023.

_____
Honorable Raner C. Collins
Senior United States District Judge