## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

Keith Raniere,

                                    Plaintiff,

        -against-                                              Case No. 4:22-cv-00561-RCC

Merrick Garland, et al.,

                                    Defendants.

## __PROPOSED ORDER__

AND NOW, this _____ day of _____ 2023, upon consideration of Plaintiff's Motion to Request an Extension of Deadline to File Response in Opposition to Defendants' Motion for Summary Judgment, it is hereby ORDERED that Plaintiff's Motion is GRANTED.

BY THE COURT:

_____
HONORABLE RANER C. COLLINS
SENIOR UNITED STATES DISTRICT JUDGE