IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Merrick Garland, et al.,<br><br>　　　　　Defendants. | No. CV-22-00561-TUC-RCC<br><br>**ORDER** |

Local Rule of Civil Procedure 7.3(b) states:

> Except in all civil actions in which a party is an unrepresented prisoner, a party moving for an extension of time, whether by motion or stipulation, must state the position of each other party. If the moving party's efforts to determine the position of any other party are unsuccessful, a statement to that effect must be included in the motion or stipulation.

LRCiv 7.3(b). Raniere is represented by counsel, therefore, any motion to extend requires the position of Defendants. The motion does not state Defendants' position.

Accordingly, IT IS ORDERED Plaintiff's Motion to Request Extension of Deadline is DENIED WITHOUT PREJUDICE. (Doc. 57.)

Dated this 16th day of November, 2023.

_____
Honorable Raner C. Collins
Senior United States District Judge