IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere, | No. CV-22-00561-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| Merrick Garland, et al., | |
| Defendants. | |

    Upon consideration of Plaintiff's Motion to Request an Extension of Deadline to File Response in Opposition to Defendants' Motion for Summary Judgment, IT IS ORDERED that Plaintiff's Motion is GRANTED. (Doc. 59.) The deadline to file a response is extended to on or before January 19, 2024.

    Dated this 29th day of November, 2023.

Honorable Raner C. Collins
Senior United States District Judge