IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere,<br><br>    Plaintiff,<br><br>v.<br><br>Merrick Garland, et al.,<br><br>    Defendants. | No. CV-22-00561-TUC-RCC<br><br>**ORDER** |

    Upon consideration of Plaintiff's Unopposed Motion to Request an Extension of Deadline to File Response in Opposition to Defendants' Motion for Summary Judgment, it is hereby ORDERED that Plaintiff's Motion is GRANTED. (Doc. 61.)

    Dated this 18th day of January, 2024.

                                     Honorable Raner C. Collins
                                     Senior United States District Judge