Arthur L. Aidala, Esq.
LAW OFFICES OF AIDALA, BERTUNA & KAMINS, P.C.
546 Fifth Avenue, 6th Floor, New York, NY 10036
(212) 486-0011 * Fax - (917) 261-4832
aidalaesq@aidalalaw.com
Attorney Appearing Pro Hac Vice
Counsel for Plaintiff

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

-----------------------------------------------------x
Keith Raniere,

           Plaintiff,

    - v -

                                      Case No. 4:22-cv-00561-RCC

Merrick Garland, et. al.,

           Defendants.
-----------------------------------------------------x

**MOTION TO REQUEST EXTENSION OF DEADLINE**
**TO FILE RESPONSE IN OPPOSITION TO**
**DEFENDANTS' MOTION FOR SUMMARY**
**JUDGMENT**

    1. Plaintiff Keith Raniere, through his undersigned counsel, hereby moves to request the Court for an order granting a reasonable extension of the deadline to submit a Response in Opposition to Defendants' Motion for Summary Judgment related to the above-captioned case, which is due on February 16, 2024, to March 15, 2024 or any date thereafter that the Court deems acceptable. The reason for the request is as follows:

    2. In furtherance of our intention to have Mr. Raniere contribute to the composition of the response, if the filing of one is deemed to be necessary, Mr. Raniere's incarceration continues to pose logistical challenges to enable him to easily participate with our office in the drafting of his response.

    3. It continues to be difficult to finalize said Response due to the fact that the Plaintiff has only been afforded 10.25 hours of legal calls with his counsel since December 1, 2023, of which

only 1.78 hours of that time was allowed this year. Additionally, he has not been afforded a legal visit since September 28, 2023.

4. Notwithstanding this, the Parties are engaging in discussion that may lead to a resolution. This extension is sought to afford additional time for the undersigned counsel to engage in consultation with Plaintiff regarding a possible settlement offer as well as the filing of his Response. Although this is the seventh request by the undersigned counsel on behalf of Plaintiff for an extension to file a Response in Opposition to Defendants' Motion for Summary Judgment, we feel it necessary considering the current circumstances. Therefore, the undersigned counsel respectfully requests the Court for a reasonable extension to file the Response.

5. Furthermore, Plaintiff has raised the desire to discuss resolution with the Defendants.

6. We have conferred with counsel for the Defendants, and they do not oppose Plaintiff's request for an extension, and consent to the requested date of March 15, 2024.

7. Based on the foregoing, Plaintiff respectfully requests the date to file his Response in Opposition to Defendants' Motion for Summary Judgment be extended to March 15, 2024, or any date thereafter that the Court deems convenient.

Date:   February 15, 2024

                                                                       Respectfully submitted,

                                                                       /s/ Arthur L. Aidala
                                                                      Arthur L. Aidala, Esq.
                                                                      Attorney for Plaintiff

Delivered via ECF
to all Registered Parties