IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>Merrick Garland, et al.,<br><br>　　　　　Defendants. | No. CV-22-00561-TUC-RCC<br><br>**ORDER** |

　　　Upon consideration of Plaintiff's Motion to Request an Extension of Deadline to File Response in Opposition to Defendants' Motion for Summary Judgment (seventh request), it is hereby ORDERED that Plaintiff's Motion is GRANTED. (Doc. 63.)

　　　Dated this 16th day of February, 2024.

_____
Honorable Raner C. Collins
Senior United States District Judge