Arthur L. Aidala, Esq.
LAW OFFICES OF AIDALA, BERTUNA & KAMINS, P.C.
546 Fifth Avenue, 6th Floor, New York, NY 10036
(212) 486-0011 * Fax - (917) 261-4832
aidalaesq@aidalalaw.com
Attorney Appearing Pro Hac Vice
Counsel for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

-----------------------------------------------------x
Keith Raniere,

                Plaintiff,

           - v -

                                                      Case No. 4:22-cv-00561-RCC

Merrick Garland, et. al.,

                Defendants.
-----------------------------------------------------x

## MOTION TO REQUEST EXTENSION OF DEADLINE TO FILE RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

1. Plaintiff Keith Raniere, through his undersigned counsel, hereby moves to request the Court for an order granting a reasonable extension of the deadline to submit a Response in Opposition to Defendants' Motion for Summary Judgment related to the above-captioned case, which is due on March 15, 2024, to April 19, 2024 or any date thereafter that the Court deems acceptable. The reason for the request is as follows:

2. In furtherance of our intention to have Mr. Raniere contribute to the composition of the response, if the filing of one is deemed to be necessary, Mr. Raniere's incarceration continues to pose logistical challenges to enable him to easily participate with our office in the drafting of his response.

3. Notwithstanding this, the Parties are actively engaging in discussion that may lead to a resolution at this time. This extension is sought to afford additional time for the undersigned

counsel to engage in consultation with Plaintiff regarding a possible settlement offer as well as the filing of his Response. Although this is the eighth request by the undersigned counsel on behalf of Plaintiff for an extension to file a Response in Opposition to Defendants' Motion for Summary Judgment, we feel it necessary considering the current circumstances. Therefore, the undersigned counsel respectfully requests the Court for a reasonable extension to file the Response.

4. We have conferred with counsel for the Defendants, and they do not oppose Plaintiff's request for an extension, and consent to the requested date of April 19, 2024.

5. Based on the foregoing, Plaintiff respectfully requests the date to file his Response in Opposition to Defendants' Motion for Summary Judgment be extended to April 19, 2024, or any date thereafter that the Court deems convenient.

Date:   March 12, 2024

                                                  Respectfully submitted,

                                                /s/ Arthur L. Aidala
                                               Arthur L. Aidala, Esq.
                                               Attorney for Plaintiff

Delivered via ECF
to all Registered Parties