**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| Keith Raniere,<br><br>         Plaintiff,<br>  -against-<br><br>Merrick Garland, et al.,<br><br>         Defendants. | Case No. 4:22-cv-00561-RCC |

**PROPOSED ORDER**

AND NOW, this ____ day of _____ 2024, upon consideration of Plaintiff's Motion to Request an Extension of Deadline to File Response in Opposition to Defendants' Motion for Summary Judgment, it is hereby ORDERED that Plaintiff's Motion is GRANTED.


BY THE COURT:


                     _____
                     HONORABLE RANER C. COLLINS
                     SENIOR UNITED STATES DISTRICT JUDGE