Arthur L. Aidala, Esq.
LAW OFFICES OF AIDALA, BERTUNA & KAMINS, P.C.
546 Fifth Avenue, 6th Floor, New York, NY 10036
(212) 486-0011 * Fax - (917) 261-4832
aidalaesq@aidalalaw.com
Attorney Appearing Pro Hac
Vice Counsel for Plaintiff

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

-----------------------------------------------------x
Keith Raniere,

                Plaintiff,

    - v -

Merrick Garland, et. al.,

                Defendants.
-----------------------------------------------------x

Case No. 4:22-cv-00561-RCC

**MOTION TO REQUEST EXTENSION OF
DEADLINE TO FILE RESPONSE IN OPPOSITION
TO DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

    1. Plaintiff Keith Raniere, through his undersigned counsel, hereby moves to request the Court for an order granting a reasonable extension of the deadline to submit a Response in Opposition to Defendants' Motion for Summary Judgment related to the above-captioned case, which is due on April 19, 2024, to May 20, 2024 or any date thereafter that the Court deems acceptable. The reason for the request is as follows:

    2. In furtherance of our intention to have Mr. Raniere contribute to the composition of the response, if the filing of one is deemed to be necessary, Mr. Raniere's incarceration continues to pose logistical challenges to enable him to easily participate with our office in the drafting of his response.

3. Notwithstanding this, the Parties were actively engaging in discussion to resolve this matter. Although we may have reached an impasse as to a certain point, this extension is sought to afford additional time for the undersigned counsel to engage in consultation with Plaintiff regarding a possible settlement offer as well as the filing of his Response. Although this is the ninth request by the undersigned counsel on behalf of Plaintiff for an extension to file a Response in Opposition to Defendants' Motion for Summary Judgment, we feel it necessary considering the current circumstances. Therefore, the undersigned counsel respectfully requests the Court for a reasonable extension to file the Response.

4. We have conferred with counsel for the Defendants, and they do <u>not</u> oppose Plaintiff's request for an extension, and consent to the requested date of May 20, 2024.

5. Based on the foregoing, Plaintiff respectfully requests the date to file his Response in Opposition to Defendants' Motion for Summary Judgment be extended to May 20, 2024, or any date thereafter that the Court deems convenient.

Date:   April 17, 2024

                                                                                       Respectfully submitted,

                                                                                    /s/ Arthur L. Aidala

                                                                                    Arthur L. Aidala, Esq.
                                                                                    Attorney for Plaintiff

Delivered via ECF
to all Registered Parties