EXHIBIT D

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __Raniere, Keith, A__  __57005-177__  __C-1 (SHU A)__  __USP Tucson__
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A - REASON FOR APPEAL** All of my administrative remedies are either delayed, lost, rejected, or otherwise thwarted. I never received a reply to my BP-10, I have enclosed re-written copies of the final BP-8, BP-9, and BP-10 (written on a BP-9 form for I could not get a BP-10) in this series. I am in the S.H.U., and have been trying to get forms for the 6 months I've been in the S.H.U., I borrowed a BP-11 form tonight. Please answer these questions (1.-6. on my enclosed BP-9 copies) and return my Trulincs account to where it was before this "scrubbing". Thank you.

__1/31/23__
DATE

__Keith Alan Raniere__
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

DIP

_____   _____
DATE   GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE   CASE NUMBER: __1139878-A2__

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____   _____
DATE   SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN   PRINTED ON RECYCLED PAPER   BP-231(13)
JUNE 2002

TCX 1330.18B
9/9/2019
Page 6

Copy

Attachment A

## INFORMAL RESOLUTION FORM

**NOTICE TO INMATE:** You are advised that prior to receiving and filing a Request for Administrative Remedy Form (BP-9), you MUST attempt to informally resolve your complaint through your Correctional Counselor. Briefly state the complaint below and list what effort you have made to resolve your complaint informally. Also, please state names of staff contacted.

| Inmate Name: Raniere, K: | Reg. No.: 57005-177 | Unit: C |
|---|---|---|

Informal resolution form issued by Correctional Counselor on: (date) 10/23/2022

**INMATE'S COMMENTS:** (Inmate MUST FILL OUT items 1-4 and signature block)

1.  Complaint: My account was "scrubbed" and I am currently on special restrictions: 1) What did I do to cause this? 2) Why were my contacts erased instead of just "blocked"? 3) Who ordered Gallion to do this? 4) What evidence was used for this decision. 5) How can I reverse this?

2.  Efforts made by inmate to informally resolve incident (Which staff members did you talk to and what did they say?) Spoke to staff and emailed Gallion

3.  State what action you want staff to take to correct the situation:
    Find out (from above) 1)-5)

Date returned to Correctional Counselor:

| Inmate Signature Keith Alan Raniere | Reg. No. 57005-177 | Date 8/29/22 |
|---|---|---|

**CORRECTIONAL COUNSELOR'S COMMENTS:**

Efforts made to informally resolve and staff contacted:
a.  *Discussed the complaint with (staff member) — and he/she stated...*
b.  *I further explained to the inmate that ...*
c.  *But, the inmate insisted he wanted to file a BP-9 because...*

Date informally resolved:                   Signature:

Informal Resolution was not accomplished for the following reason:
*After I personally explained that ..., he still insisted that he was wronged because...*

Unit Manager's review and Signature:
a.  *Can this request be resolved at the Unit Level?*
b.  *Steps taken to resolve (who was contacted, results of that contact—do not forward for lack of contact):*

_____
Unit Manager

**U.S. DEPARTMENT OF JUSTICE**
Federal Bureau of Prisons



*(Copy of BP-9)*

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Raniere, Keith, A          57005-177     C-1 (SHU A)   USP Tucson
    LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.      UNIT       INSTITUTION

**Part A– INMATE REQUEST** The response to my BP-9 only generally addresses question #4 of the 6, highly related, questions raised. The reason given violates my 1st amendment rights, and also is not a valid logical conclusion from the premises. Please answer these (enclosed on past BP-9) questions. Thank you.

    Note: I just received this today. It is very late and seems unreasonably delayed. This whole incident, along with others, appears to be retaliatory and this, in particular, seems retaliatory for the motion 33 I filed in early May (see docket, also online press conference with Alan Dershowitz).

12/14/22
DATE

*Keith Alan Raniere*
SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____
DATE

_____
WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**      CASE NUMBER: _____

     CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
     LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____
DATE

_____
RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)

U.S. DEPARTMENT OF JUSTICE    *Copy*      **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

---

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Raniere, Keith, A      57005-177    C-1 (SHU A)    USP Tucson
     LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A– INMATE REQUEST** My account was "scrubbed" and I am currently on special restrictions: 1) What act did I do now to cause this? 2) Why were the contacts erased instead of just "blocked"? 3) Who ordered Gallion to do this? 4) What evidence was used for this decision?, 5) How could my having this information "blocked", instead of erased, endanger the safety and/or security of this institution (this is the reason given for this action — see response to my BP-8 — my questions were not answered)? 6) How do I reverse this?

     I want to know and understand this decision — not simply hear, in effect; this decision was made, if you want to appeal it use the administrative remedy process.

     How can I appeal a decision if I nothing about how it was made? I need the above questions answered before I can do a proper appeal). Thank you.

9/8/22                *Keith Alan Raniere*
DATE                 SIGNATURE OF REQUESTER

**Part B– RESPONSE**

---

DATE                        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**           CASE NUMBER: _____

                                         CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____                                       
DATE                           RECIPIENT'S SIGNATURE (STAFF MEMBER)

U.S. DEPARTMENT OF JUSTICE
Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Raniere, Keith, A     57005-177    C-1     Tucson
    LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.     UNIT     INSTITUTION

**Part A– INMATE REQUEST** Suneel Chakravorti is my friend, power of attorney, and a para-legal on my legal team. He was banned from communicating with me, reinstated for 2 phone calls, then banned a second time. 1) Why was he banned the second time? 2) What event caused this? 3) Who made this decision? 4) What evidence was used for this decision? 5) How did my continuing to have contact with him, beyond the second call after his reinstatement, endanger the safety and/or security of this institution (this is the reason given for this action — see response to my BP-8 — my questions were not answered)? 6) I want him reinstated ASAP!

I want to know and understand this decision — not simply hear, in effect, this decision was made, if you want to appeal it use the administrative remedy process.

How can I appeal a decision if I know nothing about how it was made? I need the above questions answered before I can do a proper appeal! Thank you.

9/8/22
DATE            Keith VanRanier
                                      SIGNATURE OF REQUESTER

**Part B– RESPONSE**

DATE                             WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE           CASE NUMBER: 1133 798-F1

                                            CASE NUMBER: _____

**Part C– RECEIPT**

Return to: _____
            LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

DATE                            RECIPIENT'S SIGNATURE (STAFF MEMBER)



TCX 1330.18B
9/9/2019
Page 6
Attachment A

## INFORMAL RESOLUTION FORM

<u>NOTICE TO INMATE:</u> You are advised that prior to receiving and filing a Request for Administrative Remedy Form (BP-9), you MUST attempt to informally resolve your complaint through your Correctional Counselor. Briefly state the complaint below and list what effort you have made to resolve your complaint informally. Also, please state names of staff contacted.

| Inmate Name: Raniere, K. | Reg. No.: 57005-177 | Unit: C-1 |
|---|---|---|

Informal resolution form issued by Correctional Counselor on: (date)

INMATE'S COMMENTS: (Inmate MUST FILL OUT items 1-3 and signature block)

1. Complaint: Suneel Chakravorti, my friend, power of attorney, and a paralegal on my legal team. He was banned from communicating with me, reinstated for 2 phone calls then banned a second time, i) Why was he banned a second time? 2) Who made this decision? 3) What evidence was used for this decision? 4) I want him reinstated ASAP.

2. Efforts made by inmate to informally resolve incident (Which staff members did you talk to and what did they say?) Spoke to staff AW?

3. State what action you want staff to take to correct the situation:
Find out (from above) 1) ~ 3), Do 4).

| Date returned to Correctional Counselor: 8/29/22 | | |
|---|---|---|
| Inmate Signature: Keith VanRaniere | Reg. No. 57005-177 | Date 8/29/22 |

CORRECTIONAL COUNSELOR'S COMMENTS

Efforts made to informally resolve and staff contacted:
a. Discussed the complaint with (staff member) — and he/she stated...
b. I further explained to the inmate that ...
c. But, the inmate insisted he wanted to file a BP-9 because...

Response attached.

Date informally resolved: 9/6/22   Signature: _____

Informal Resolution was not accomplished for the following reason:
After I personally explained that ..., he still insisted that he was wronged because...

Unit Manager's review and Signature:
a. Can this request be resolved at the Unit Level?
b. Steps taken to resolve (who was contacted, results of that contact – do not forward for lack of contact):

_____
Unit Manager

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: RANIERE, Keith, A     57005-177    C-1    USP Tucson

      LAST NAME, FIRST, MIDDLE INITIAL     REG. NO.     UNIT     INSTITUTION

**Part A - REASON FOR APPEAL**   The BP-9 response does not address the situation or questions. This BP-9 is concerned with the second time communication was blocked - not the first. Additionally, it raises several new issues: 1) I have had numerous calls recorded and/or notes take which can be used for podcasts or other media. I have been told specifically by Otto - in the process of having a shot expunged - this does not violate policy in any way. Please tell me the policy this now violates? 2) I have not heard, nor received any shot or warning about, the alleged alias I used to contact Mr. Chakravorti. Please provide the specific evidence to prove this and any policies this alleged behavior would violate.

It is important to know these things in order to follow policies and also legitimately appeal determinations based on this unknown data. Additionally, please answer the questions and requests raised in the BP-9.

10/24/22                                Keith Alan Raniere

/DATE                                      SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

JAN 31 2023

WESTERN REGIONAL OFFICE

_____                            _____

DATE                                     REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE               CASE NUMBER: 1137798-R1

**Part C - RECEIPT**

                                      CASE NUMBER: _____

Return to: _____

      LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.     UNIT     INSTITUTION

SUBJECT: _____

_____                                      

DATE                                  SIGNATURE, RECIPIENT OF REGIONAL APPEAL

FPI-PEPR           PRINTED ON RECYCLED PAPER                              BP-230(13)

                                                            JUNE 2002

U.S. DEPARTMENT OF JUSTICE (Copy of BP-9)         REQUEST FOR ADMINISTRATIVE REMEDY
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: __Raniere, Keith, A__     __57005-177__     __C-1 (SHU A)__     __USP Tucson__
        LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.          UNIT              INSTITUTION

**Part A– INMATE REQUEST**  The response to my BP-9 only generally addresses question #4 of the 6, highly related, questions raised. The reason given violates my 1st amendment rights, and also is not a valid logical conclusion from the premises. Please answer these (enclosed on past BP-9) questions. Thank you.

Note: I just received this today. It is very late and seems unreasonably delayed. This whole incident, along with others, appears to be retaliatory and this, in particular, seems retaliatory for the motion 33 I filed in early May (see docket, also online press conference with Alan Dershowitz).

__12/14/22__                                    __Keith Alan Raniere__
    DATE                                        SIGNATURE OF REQUESTER

**Part B– RESPONSE**

_____                              _____
    DATE                                       WARDEN OR REGIONAL DIRECTOR
*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

**ORIGINAL: RETURN TO INMATE**                      CASE NUMBER: _____

                                                    CASE NUMBER: _____
**Part C– RECEIPT**
Return to: _____
              LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____           ✿           _____
    DATE                                RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                              BP-229(13)
                                                                    APRIL 1982

U.S. DEPARTMENT OF JUSTICE                     *Copy*                    **REQUEST FOR ADMINISTRATIVE REMEDY**
Federal Bureau of Prisons

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: ___Raniere, Keith, A_____     ___57005-177___   ___C-1 (SHU A)___   ___USP Tucson___
　　　　 LAST NAME, FIRST, MIDDLE INITIAL　　　REG. NO.　　　　　UNIT　　　　　　 INSTITUTION

**Part A– INMATE REQUEST** My account was "scrubbed" and I am currently on special restrictions: 1) What act did I do now to cause this? 2) Why were the contacts erased instead of just "blocked"? 3) Who ordered Gallion to do this? 4) What evidence was used for this decision? 5) How could my having this information "blocked", instead of erased, endanger the safety and/or security of this institution (this is the reason given for this action — see response to my BP-8 — my questions were not answered)? 6) How do I reverse this?

*I want to know and understand this decision — not simply hear, in effect, "this decision was made, if you want to appeal it use the administrative remedy process".

　　How can I appeal a decision if I nothing about how it was made? I need the above questions answered before I can do a proper appeal). Thank you.

___9/8/22_____                          ___Keith Alan Raniere_____
　　DATE                                        SIGNATURE OF REQUESTER

**Part B– RESPONSE**




_____                          _____
　　DATE                                        WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE                     CASE NUMBER: _____

　　　　　　　　　　　　　　　　　　　　　　　　　CASE NUMBER: _____

**Part C– RECEIPT**
Return to: _____
　　　　　LAST NAME, FIRST, MIDDLE INITIAL          REG. NO.       UNIT        INSTITUTION

SUBJECT: _____

_____                          _____
　　DATE                                        RECIPIENT'S SIGNATURE (STAFF MEMBER)

USP LVN                                                                   BP-229(13)
                                                                          APRIL 1982

U.S. Department of Justice

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: Raniere, Keith, A    57005-177    C-1 (SHU A)    USP Tucson
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

**Part A - REASON FOR APPEAL** All of my administrative remedies are either delayed, lost, rejected, or otherwise thwarted. I never received a reply to my BP-10, I have enclosed re-written copies of the final BP-8, BP-9, and BP-10 (written on a BP-9 form for I could not get a BP-10) in this series. I am in the S.H.U., and have been trying to get forms for the 6 months I've been in the S.H.U., I borrowed a BP-11 form tonight, please answer these questions (1.-6. on my enclosed BP-9 copies) and return my Trulincs account to where it was before this "scrubbing". Thank you,

1/31/23
DATE

Keith Alan Raniere
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

D/R

DATE

ORIGINAL: RETURN TO INMATE      GENERAL COUNSEL

**Part C - RECEIPT**      CASE NUMBER: 1139878-A2

CASE NUMBER: _____

Return to: _____
      LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

DATE      SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

UPN LVN    PRINTED ON RECYCLED PAPER    BP-231(13)
JUNE 2002

Copy

TCX 1330.18B
9/9/2019
Page 6

Attachment A

## INFORMAL RESOLUTION FORM

NOTICE TO INMATE: You are advised that prior to receiving and filing a Request for Administrative Remedy Form (BP-9), you MUST attempt to informally resolve your complaint through your Correctional Counselor. Briefly state the complaint below and list what effort you have made to resolve your complaint informally. Also, please state names of staff contacted.

| Inmate Name: Rashiere, K: | Reg. No.: 57005-177 | Unit: C |
|---|---|---|

Informal resolution form issued by Correctional Counselor on: (date) 10/23/2022

INMATE'S COMMENTS (Inmate MUST FILL OUT items 1-4 and signature block)

1. Complaint: My account was "scrubbed" and I am currently on special restrictions: 1) What did I do to cause this? 2) Why were my contacts erased instead of just blocked? 3) Who ordered Gullion to do this? 4) What evidence was used for this decision. 5) How can I reverse this?

2. Efforts made by inmate to informally resolve incident (Which staff members did you talk to and what did they say?)
Spoke to staff and emailed Gullion

3. State what action you want staff to take to correct the situation:
Find out (from above) 1) - 5)

Date returned to Correctional Counselor:

| Inmate Signature: Keith Van Ranker | Reg. No. 57005-177 | Date 8/29/22 |
|---|---|---|

CORRECTIONAL COUNSELOR'S COMMENTS:

Efforts made to informally resolve and staff contacted:
a.  Discussed the complaint with (staff member) — and he/she stated...
b.  I further explained to the inmate that ...
c.  But, the inmate insisted he wanted to file a BP-9 because...

Date informally resolved:                    Signature:

Informal Resolution was not accomplished for the following reason:
After I personally explained that ..., he still insisted that he was wronged because...

Unit Manager's review and Signature:
a.  Can this request be resolved at the Unit Level?
b.  Steps taken to resolve (who was contacted, results of that contact—do not forward for lack of contact):

_____
Unit Manager

U.S. DEPARTMENT OF JUSTICE

Federal Bureau of Prisons

**REQUEST FOR ADMINISTRATIVE REMEDY**

*Type or use ball-point pen. If attachments are needed, submit four copies. Additional instructions on reverse.*

From: Raniere, Keith, A        57005-177      C-1        Tucson
_____
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

Part A– INMATE REQUEST  Suneel Chakravorty my friend power of attorney and a para-legal on my legal team. He was banned from communicating with me reinstated for 2 phone calls then banned a second time. 1) Why was he banned the second time? 2) What event caused this? 3) Who made this decision? 4) What evidence was used for this decision? 5) How did my continuing to have contact with him beyond the second call after his reinstatement, endanger the safety and/or security of this institution (this is the reason given for this action – see response to my BP-8 – my questions were not answered)? 6) I want him reinstated ASAP!

I want to know and understand this decision – not simply hear, in effect, this decision was made, if you want to appeal it too use the administrative remedy process.

How can I appeal a decision if I know nothing about how it was made? I need the above questions answered before I can do a proper appeal! Thank you.

9/8/22
_____              _____
DATE                          SIGNATURE OF REQUESTER

Part B– RESPONSE

_____              _____
DATE                          WARDEN OR REGIONAL DIRECTOR

*If dissatisfied with this response, you may appeal to the Regional Director. Your appeal must be received in the Regional Office within 20 calendar days of the date of this response.*

ORIGINAL: RETURN TO INMATE        CASE NUMBER: 1133 798-F1

Part C– RECEIPT                    CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION

SUBJECT: _____

_____       ⊕        _____
DATE                           RECIPIENT'S SIGNATURE (STAFF MEMBER)

BP-229(13)
APRIL 1982

U.S. Department of Justice

Federal Bureau of Prisons

**Regional Administrative Remedy Appeal**

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: RANIERE, Keith, A      57005-177      C-1      USP Tucson
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

**Part A - REASON FOR APPEAL** The BP-9 response does not address the situation or questions. This BP-9 is concerned with the second time communication was blocked — not the first. Additionally, it raises several new issues: 1) I have had numerous calls recorded and/or notes take which can be used for podcasts or other media. I have been told specifically by Otto — in the process of having a shot expunged — this does not violate policy in any way. Please tell me the policy this now violates? 2) I have not heard, nor received any shot or warning about the alleged alias I used to contact Mr. Chakravorti. Please provide the specific evidence to prove this and any policies this alleged behavior would violate.

It is important to know these things in order to follow policies and also legitimately appeal determinations based on this unknown data. Additionally, please answer the questions and requests raised in the BP-9.

10/24/22
/DATE

_Keith Alan Raniere_
SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED

JAN 3 1 2023

WESTERN REGIONAL OFFICE

_____
DATE

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE

_____
REGIONAL DIRECTOR

CASE NUMBER: 1137-98-R

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.      UNIT      INSTITUTION

SUBJECT: _____

_____
DATE

_____
SIGNATURE, RECIPIENT OF REGIONAL APPEAL

FPI-PEPR

PRINTED ON RECYCLED PAPER

BP-230(13)
JUNE 2002