GARY M. RESTAINO
United States Attorney
District of Arizona
DENISE ANN FAULK
Assistant U.S. Attorney
State Bar No. 12700
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: (520) 620-7300
Email: denise.faulk@usdoj.gov
Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Merrick Garland, et al.,<br><br>　　　　　Defendants. | CV-22-00561-TUC-RCC<br><br>**DEFENDANTS' MOTION TO STRIKE PLAINTIFF'S REPLY TO DEFENDANTS' RESPONSE TO MOTION FOR LEAVE TO FILE PLAINTIFF'S STATEMENT OF FACTS AND CONTROVERTING STATEMENT OF FACTS IN OPPOSITION TO DEFENDANTS' STATEMENT OF FACTS IN SUPPORT OF DEFENDANTS' SUMMARY JUDGMENT MOTION *NUNC PRO TUNC*** |

　　　　Defendants Garland, Peters, Gutierrez and Ulrich, acting in their official capacities by and through undersigned counsel, hereby move to strike Plaintiff's Reply To Defendants' Response to Motion for Leave to File Plaintiff's Statement of Facts and Controverting Statement of Facts in Opposition to Defendants' Statement of Facts in Support of Defendants' Summary Judgment Motion *Nunc Pro Tunc* (Doc. 77) as untimely. This motion is supported by the attached memorandum of points and authorities and all matters of record.

**Memorandum of Points and Authorities**

**I.　Background**

　　　　On May 1, 2023, Defendants filed their motion for summary judgment. (Doc. 35.)

Defendants supported the motion with a separate Statement of Facts (SOF). (Doc. 36.) The SOF was based on a sworn Declaration and authenticated documents. (*Id.*) On June 21, 2024, over one year after the original deadline, Plaintiff filed his Response to the Defendants' Motion for Summary Judgment on Exhaustion, without a controverting statement of facts. (Doc. 71.) On July 8, 2024, Defendants filed their reply, in which they noted Plaintiff's failure to file a controverting statement of facts, *inter alia*. (Doc. 72 at 2.) The motion has been deemed ready for decision without oral argument since July 9, 2024. (Doc. 37 at 5.)

On August 13, 2024, Plaintiff filed his motion seeking leave to file a statement of facts and a controverting statement of facts untimely. (Doc. 73.) On August 27, 2024, Defendants filed their response opposing the motion. (Doc. 74.) On September 13, 2024, seventeen days later, Plaintiff filed his reply. (Doc. 77.)

## II. The Court Should Strike the Reply

Rule 17.2(m)(1) provides that a motion to strike may be filed "if it seeks to strike any part of a filing or submission on the ground that it is prohibited (or not authorized) by a statute, rule, or court order." LRCiv 17.2(m)(1). Rule 17.2(d) provides that "[t]he moving party, unless otherwise ordered by the Court, and except as otherwise provided by Rules 12.1 and 56.1, Local Rules of Civil Procedure, shall have seven (7) days after service of the responsive memorandum to file a reply memorandum if that party so desires." LRCiv 17.2(d). Plaintiff filed his reply seventeen days after Defendants filed their response. (Doc. 77.) Plaintiff failed to request an extension of time to file it. (Docket, generally.) Thus, Plaintiff filed his reply ten days late.

The Court should exercise its discretion to strike Plaintiff's Reply.

## III. Conclusion

Based on the foregoing, this Court should strike Plaintiff's Reply To Defendants' Response to Motion for Leave to File Plaintiff's Statement of Facts and Controverting Statement of Facts in Opposition to Defendants' Statement of Facts in Support of Defendants' Summary Judgment Motion *Nunc Pro Tunc* (Doc. 77).

RESPECTFULLY SUBMITTED:  September 16, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Denise Ann Faulk*
DENISE ANN FAULK
Assistant U.S. Attorney

Copy of the foregoing
served via CM/ECF to:

Arthur L Aidala
Law Offices of Aidala, Bertuna
& Kamins PC - Brooklyn, NY
8118 13th Ave.
Brooklyn, NY 11228
Email: aidalaesq@aidalalaw.com
Attorney for Plaintiff

*s/ M. Parker*
/ MT Strike Reply - ND