IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>Merrick Garland, et al.,<br><br>　　　　　Defendants. | CV-22-00561-TUC-RCC<br><br>**ORDER** |

Defendants Garland, Peters, Gutierrez and Ulrich, having filed a Motion to Strike Plaintiff's Reply To Defendants' Response to Motion for Leave to File Plaintiff's Statement of Facts and Controverting Statement of Facts in Opposition to Defendants' Statement of Facts in Support of Defendants' Summary Judgment Motion *Nunc Pro Tunc* and good cause appearing,

IT IS ORDERED granting the motion.

IT IS FURTHER ORDERED that the Clerk will strike Plaintiff's Reply To Defendants' Response to Motion for Leave to File Plaintiff's Statement of Facts and Controverting Statement of Facts in Opposition to Defendants' Statement of Facts in Support of Defendants' Summary Judgment Motion *Nunc Pro Tunc* (Doc. 77) from the record.