# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Keith Raniere,<br><br>        Plaintiff,<br><br>v.<br><br>Merrick Garland, et al.,<br><br>        Defendants. | NO. CV-22-00561-TUC-RCC<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's Order filed September 25, 2024, which granted the Motion for Summary Judgment, judgment is entered in favor of defendants and against plaintiff. Plaintiff to take nothing, and the complaint and action are dismissed without prejudice for failure to properly exhaust available administrative remedies.

                                                      Debra D. Lucas
                                                      District Court Executive/Clerk of Court

September 25, 2024

                                                     s/ A. Calderón
                                          By   Deputy Clerk