Arthur L. Aidala, Esq.
LAW OFFICES OF AIDALA, BERTUNA & KAMINS, P.C.
546 Fifth Avenue, 6th Floor, New York, NY 10036
(212) 486-0011 * Fax - (917) 261-4832
aidalaesq@aidalalaw.com
Attorney Appearing Pro Hac Vice
Counsel for Plaintiff

**DISTRICT COURT FOR THE UNITED STATES DISTRICT OF ARIZONA**

―――――――――――――――――――――――X
:
KEITH RANIERE, :
:
:
Plaintiff, :   Civil Action No.:
:   4:22-cv-00561-RCC
v. :
:
MERRICK GARLAND, US ATTORNEY :
GENERAL; COLETTE PETERS, DIRECTOR :
FEDERAL BUREAU OF PRISONS; :
UNKNOWN CURRENT WARDEN USP :
TUCSON, ANTHONY GALLION (all in their :
official capacities), :
:
Defendants. :
―――――――――――――――――――――――X

**NOTICE OF APPEAL**

                  **AIDALA, BERTUNA & KAMINS P.C.**

                  Arthur L. Aidala, Esq.
                  546 5th Avenue, 6th Floor
                  New York, New York
                  (212) 486-0011
                  aidalaesq@aidalalaw.com
                  *Attorneys for Plaintiff Keith Raniere*

Plaintiff Keith Raniere, through counsel and pursuant Rule 4 of the Federal Rules of Appellate Procedure, hereby gives notice that he appeals to the United States Court of Appeals for the Ninth Circuit from this Court's Order and the Clerk's Judgment, both entered on 9/25/2024.

**AIDALA, BERTUNA & KAMINS P.C.**

 /s/ Arthur L. Aidala                                       .
Arthur L. Aidala, Esq.
546 5th Avenue, 6th Floor
New York, New York
(212) 486-0011
aidalaesq@aidalalaw.com
*Attorneys for Plaintiff Keith Raniere*

## CERTIFICATE OF FILING AND SERVICE

I hereby certify that on October 7, 2024, I electronically transmitted this Notice of Appeal to the Clerk's Office using the CM/ECF System for filing, and all parties of record were served via email.

                                                             /s/ *Arthur L. Aidala*
                                                             Arthur Aidala, Esq.