| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | JAN 14 2025 |
| | | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

KEITH RANIERE,

      Plaintiff - Appellant,

 v.

MERRICK B. GARLAND, Attorney General, in his official capacity; et al.,

      Defendants - Appellees,

and

ULRICH, First Name Unknown, Acting Special Investigative Agent,

      Defendant.

No. 24-6120

D.C. No. 4:22-cv-00561-RCC
District of Arizona,
Tucson

ORDER

Appellant did not file the opening brief by the due date. This appeal is therefore dismissed. *See* 9th Cir. R. 42-1.

This order becomes the mandate of the court in 21 days.

                                          FOR THE COURT:

                                          MOLLY C. DWYER
                                          CLERK OF COURT